```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  JOHN K. GRANT (169813)
    SYLVIA SUM (207511)
 3  100 Pine Street, Suite 2600
    San Francisco, CA  94111
 4  Telephone:  415/288-4545
    415/288-4534 (fax)
 5          – and –
    WILLIAM S. LERACH (68581)
 6  401 B Street, Suite 1600
    San Diego, CA  92101
 7  Telephone:  619/231-1058
    619/231-7423 (fax)
 8
    [Proposed] Lead Counsel for Plaintiffs
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES DOLAN, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>INFINEON TECHNOLOGIES AG, et al.,<br><br>     Defendants. | No. C-04-4156-JW<br><br>CLASS ACTION<br><br>PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLAINTIFF, AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL |

1  WHEREAS, on or about September 30, 2004, the above-captioned *Dolan v. Infineon Technologies AG, et al.*, 04-CV-4156 (the "*Dolan* Action"), was filed in the United States District Court for the Northern District of California and alleged violations of the federal securities laws on behalf of a class of purchasers of Infineon Technologies AG ("Infineon") securities from March 13, 2000, to July 19, 2004. On October 6, 2004, the complaint in the action captioned *Christierson v. Infineon Technologies AG, et al.*, 04-CV-7917, was the first action filed in the Southern District of New York. On October 28, 2004, the complaint captioned *Burger v. Infineon Technologies AG, et al.*, 04-CV-8513, was filed in the Southern District of New York on behalf of purchasers of Infineon securities between March 13, 2000, and September 15, 2004 (the "Class Period");

WHEREAS, pursuant to §21D(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the *Dolan* Action caused notice to be published on *Business Wire* on September 30, 2004, which informed class members of their right to seek appointment as lead plaintiff by filing a motion with the Court no later than November 29, 2004;

WHEREAS, on November 29, 2004, plaintiff Reinhard Schroeder, pursuant to §21D of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), timely filed a motion seeking consolidation of the above-captioned actions, his appointment as Lead Plaintiff, and approval of his selection of Murray, Frank & Sailer LLP ("Murray Frank") as Lead Counsel in the proposed consolidated cases. During the Class Period, Schroeder purchased 84,900 shares of Infineon on the Frankfurt Stock Exchange and suffered losses of $892,143.94 on his transactions;

WHEREAS, on November 29, 2004, plaintiffs the Central Laborers' Retirement Fund, the Charter Township of Clinton Police & Fire Retirement System, and Mark and Karen Gurvey pursuant to §21D of the PSLRA, timely filed a motion seeking consolidation of the above-captioned actions, their appointment as Lead Plaintiff, and approval of their selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") as Lead Counsel in the proposed consolidated cases. During the Class Period, Charter Township of Clinton Police & Fire Retirement System purchased 2,100 Infineon American Depository Receipts and suffered losses of $77,437.50. Mark and Karen Gurvey purchased 2,250 shares of Infineon common stock traded on the Frankfurt Stock Exchange and suffered losses of $53,012.46 on their transaction;

PLTFFS' JOINT STIP AND [PROPOSED] ORD TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLTFFS, AND TO APPROVE LEAD PLTFFS' SEL OF CO-LEAD COUNSEL - C-04-4156-JW     - 1 -

1    WHEREAS, there are no other motions to be appointed lead plaintiff and to approve lead plaintiff's selection of lead counsel pending in the Southern District of New York or the Northern District of California;

4    WHEREAS, pursuant to the PSLRA, the Court is to presume that the "most adequate plaintiff" is the person or group of persons who, "in the determination of the court, has the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

7    WHEREAS, each of the movants understands the importance of supervising and monitoring the case and has determined that to best protect the interests of the class it would be more efficient to propose a consensual resolution of this matter rather than to proceed with competing lead plaintiff motions. As a result, the movants have reached an agreement that resolves the pending motions and provides for the joint appointment of Reinhard Schroeder, Charter Township of Clinton Police & Fire Retirement System and Mark and Karen Gurvey as Lead Plaintiff;

13    WHEREAS, Reinhard Schroeder has agreed to the selection of his counsel, Murray Frank, as Co-Lead Counsel and Charter Township of Clinton Police & Fire Retirement System and Mark and Karen Gurvey have agreed to the selection of their counsel, Lerach Coughlin, as Co-Lead Counsel for the purchasers of Infineon securities; and

17    WHEREAS, the proposed Lead Plaintiff collectively has the largest financial interest in the relief sought by the class and satisfies the requirements of §21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

20    IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

22    1.    Reinhard Schroeder, Charter Township of Clinton Police & Fire Retirement System and Mark and Karen Gurvey shall be appointed Lead Plaintiff for the class of purchasers of Infineon securities between March 13, 2000, and September 15, 2004, pursuant to §21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

26    2.    Murray Frank and Lerach Coughlin will serve as Co-Lead Counsel for the purchasers of Infineon securities pursuant to §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v);

3. Each of the related actions shall be consolidated for all purposes (the "Consolidated Action"). This Order shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action;

4. Every pleading filed in this Action shall have the following caption:

| | |
|---|---|
| IN RE INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Case No. C-04-4156-JW |

DATED: April 4, 2005            Respectfully submitted,

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY (BM-9954)
ERIC J. BELFI (EB-8895)

     */s/ Eric J. Belfi*
     ERIC J. BELFI

DATED: April 4, 2005            LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
            JOHN K. GRANT
            SYLVIA SUM

     */s/ John K. Grant*
     JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

                \*    \*    \*

O R D E R

    IT IS SO ORDERED.

DATED: April 22, 2005      /s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

U:\CasesLA\Infineon Techs\STP00019864.doc

PLTFFS' JOINT STIP AND [PROPOSED] ORD TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLTFFS, AND TO APPROVE LEAD PLTFFS' SEL OF CO-LEAD COUNSEL - C-04-4156-JW    - 4 -

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 9601 Wilshire Blvd., Suite 510, Los Angeles, California 90210.

2. That on April 4, 2005, declarant served the **PLAINTIFFS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE ACTIONS, APPOINT LEAD PLAINTIFF, AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2005, at Los Angeles, California.

                                          */s/ Diana L. Houck*
                                          DIANA L. HOUCK

INFINEON TECHS (CA)

Service List - 1/10/2005 (04-0381)

Page 1 of 2

**Counsel For Defendant(s)**

General Counsel
Infineon Technologies North America Corp.
1730 North First Street
San Jose, CA 95112

**Counsel For Plaintiff(s)**

Michael D. Braun
Marc L. Godino
Braun Law Group, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
   310/442-7755
   310/442-7756 (Fax)

Robert S. Green
Green Welling LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
   415/477-6700
   415/477-6710 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
   610/660-8000
   610/660-8080 (Fax)

Lionel Z. Glancy
Peter A. Binkow
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
   310/201-9150
   310/201-9160 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
   410/332-0030
   410/685-1300 (Fax)

John K. Grant
Sylvia Sum
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534 (Fax)

INFINEON TECHS (CA)

Service List - 1/10/2005   (04-0381)

Page 2 of 2

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skivirsky
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630 (Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Alexander Reus
Tilp Rechtsanwalte PLLC
100 SE Second Street, Suite 2610
Miami, FL  33131
   786/235-5000
   786/235-5005 (Fax)