1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5       – and –
   WILLIAM S. LERACH (68581)
6  401 B Street, Suite 1600
   San Diego, CA  92101
7  Telephone:  619/231-1058
   619/231-7423 (fax)
8
   MURRAY, FRANK & SAILER LLP
9  BRIAN P. MURRAY
   ERIC J. BELFI
10 275 Madison Avenue, Suite 801
   New York, NY  10016
11 Telephone:  212/682-1818
   212/682-1892 (fax)
12
   Co-Lead Counsel for Plaintiffs
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16
17 In re INFINEON TECHNOLOGIES AG     )   Master File No. C-04-4156-JW
   SECURITIES LITIGATION              )
   _____)   CLASS ACTION
18                                     )
   This Document Relates To:          )   STIPULATION AND [PROPOSED] ORDER
19                                     )   CONTINUING CASE MANAGEMENT
        ALL ACTIONS.                   )   CONFERENCE TO HEARING ON
20 _____)   DEFENDANTS' MOTION TO DISMISS
21
22
23
24
25
26
27
28

1    The parties stipulate and agree that this matter is subject to an automatic stay of discovery

2  and related proceedings pending resolution of defendants' upcoming motion to dismiss.  The stay

3  arises pursuant to 15 U.S.C. §78u-4(b)(3)(B) because this is an action involving allegations of

4  securities fraud under 15 U.S.C. §78a *et seq*.

5    The parties have submitted a Joint Case Management Conference Statement and Proposed

6  Scheduling Order setting the following schedule:

7    1.    Lead plaintiffs shall file a consolidated amended complaint no later than June 30,

8  2005;

9    2.    Defendants shall have until August 26, 2005 to file a motion to dismiss;

10   3.    Lead plaintiffs shall have until October 7, 2005 to file their opposition to defendants'

11 motion to dismiss;

12   4.    Defendants shall have until November 4, 2005 to file a reply;

13   5.    Defendants shall notice the hearing on the motion to dismiss for December 5, 2005.

14   In light of the stay of discovery and related proceedings, the parties believe that it would be

15 more efficient to hold the Case Management Conference on December 5, 2005 and respectfully

16 request that the Court continue the Case Management Conference to the date of the hearing on

17 defendants' motion to dismiss.

18   SO STIPULATED.

19 DATED:  June 8, 2005                          LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
20                                             JOHN K. GRANT
                                               SYLVIA SUM
21

22                                             _____/s/ John K. Grant_____
23                                                    JOHN K. GRANT

24                                             100 Pine Street, Suite 2600
                                               San Francisco, CA  94111
25                                             Telephone:  415/288-4545
                                               415/288-4534 (fax)
26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE TO HEARING ON DEFENDANTS' MOTION TO DISMISS - C-04-4156-JW        - 1 -

1

2                                                      LERACH COUGHLIN STOIA GELLER
                                                         RUDMAN & ROBBINS LLP
3                                                      WILLIAM S. LERACH
                                                       401 B Street, Suite 1600
4                                                      San Diego, CA  92101
                                                       Telephone:  619/231-1058
5                                                      619/231-7423 (fax)

6                                                      MURRAY, FRANK & SAILER LLP
                                                       BRIAN P. MURRAY
7                                                      ERIC J. BELFI
                                                       275 Madison Avenue, Suite 801
8                                                      New York, NY  10016
                                                       Telephone:  212/682-1818
9                                                      212/682-1892 (fax)

10                                                     Co-Lead Counsel for Plaintiffs

11    DATED:  June 8, 2005                             MORRISON FOERSTER LLP
                                                       MELVIN R. GOLDMAN
12                                                     JORDAN ETH
                                                       MIA MAZZA
13

14
                                                              _/s/ Mia Mazza_____
15                                                               MIA MAZZA

16                                                     MORRISON & FOERSTER, LLP
                                                       425 Market Street
17                                                     San Francisco, CA  94105-2482
                                                       Telephone:  415/268-7000
18                                                     415/268-7522 (fax)

19                                                     Attorneys for Defendants

20
         I, John K. Grant, am the ECF User whose ID and password are being used to file this
21
    Stipulation and Proposed Order Continuing Case Management Conference to Hearing on
22
    Defendants' Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Mia
23
    Mazza has concurred in this filing.
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE TO HEARING ON DEFENDANTS' MOTION TO DISMISS - C-04-4156-JW          - 2 -

1                    *      *      *

2                          **O R D E R**

3          IT IS SO ORDERED.  The Case Management Conference in this matter is continued to

4    December 5, 2005.

5    DATED:    June 10, 2005            /s/ James Ware

6                                       THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE

7
     T:\CasesSF\Infineon Techs\S_O00021766.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on June 8, 2005, declarant served the **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO HEARING ON DEFENDANTS' MOTION TO DISMISS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of June, 2005, at San Francisco, California.

_____*/s/ Jerry Cohen*_____
JERRY COHEN

INFINEON TECHS (CA) (LEAD)
Service List - 6/8/2005     (04-0381)
Page 1 of 1

**Counsel For Defendant(s)**

General  Counsel
Infineon Technologies North America Corp.
1730 North First Street
San Jose, CA  95112

Melvin R. Goldman
Jordan D. Eth
Mia A. Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)

**Counsel For Plaintiff(s)**

John K. Grant
Sylvia  Sum
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Michael J. VanOverbeke
Thomas C. Michaud
Michael E. Moco
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI  48201
   313/578-1200
   313/578-1201 (Fax)