| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (BAR NO. 34097) |
|   | mgoldman@mofo.com |
| 2 | JORDAN ETH (BAR NO. 121617) |
|   | jeth@mofo.com |
| 3 | MIA MAZZA (BAR NO. 184158) |
|   | mmazza@mofo.com |
| 4 | MARK R.S. FOSTER (BAR NO. 223682) |
|   | mfoster@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants |
|   | INFINEON TECHNOLOGIES AG, |
| 9 | INFINEON TECHNOLOGIES NORTH AMERICA, |
|   | ULRICH SCHUMACHER, PETER J. FISCHL, |
| 10 | T. RUDD CORWIN, and HEINRICH FLORIAN |

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
|---|---|
| This Document Relates to: ALL ACTIONS. | CLASS ACTION<br><br>ORDER REVISING SCHEDULE FOR BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT |

[PROPOSED] ORDER REVISING SCHEDULE
FOR BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-4156-JW
sf-2014008

1  Having considered the parties' STIPULATION REVISING SCHEDULE FOR
2  BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
3  AMENDED COMPLAINT and good cause appearing therefore, the Court orders as follows:
4  IT IS HEREBY ORDERED that:
5  The briefing and hearing schedule for Defendants' Motion to Dismiss the Consolidated
6  Amended Complaint shall be revised as follows:
7     1. Defendants shall file their Motion on or before October 12, 2005.
8     2. Plaintiffs shall file their opposition brief, if any, on or before December 5, 2005.
9     3. Defendants shall file their reply brief, if any, on or before January 9, 2006.
10    4. Defendants' Motion shall be heard on January 23, 2006, at 9:00 a.m.
11
12 DATED: 10/12/05
13
14         THE HONORABLE JAMES WARE
        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REVISING SCHEDULE
FOR BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-4156-JW
sf-2014008

1