IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Infineon Technologies Securities Litigation | NO. C 04-04156 JW |
| _____ / | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the motion to dismiss scheduled for January 23, 2006, the case management conference currently set for December 5, 2005 is continued to February 27, 2006 at 10:00 a.m. The parties shall file a joint case management statement no later than February 15, 2006.

Dated: November 21, 2005                     /s/James Ware
                                                                   JAMES WARE
                                                                   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Darren J. Robbins e_file_sd@lerachlaw.com
John K. Grant johnkg@lerachlaw.com
Mia A. Mazza mmazza@mofo.com
Patrick J. Coughlin patc@mwbhl.com
William S. Lerach billl@lerachlaw.com

**Dated: November 21, 2005**              **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers**
       **Ronald L. Davis**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California