1  MELVIN R. GOLDMAN (BAR NO. 34097)
   mgoldman@mofo.com
2  JORDAN ETH (BAR NO. 121617)
   jeth@mofo.com
3  MIA MAZZA (BAR NO. 184158)
   mmazza@mofo.com
4  MARK R.S. FOSTER (BAR NO. 223682)
   mfoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   INFINEON TECHNOLOGIES AG,
9  INFINEON TECHNOLOGIES NORTH AMERICA,
   ULRICH SCHUMACHER, PETER J. FISCHL,
10 T. RUDD CORWIN, and HEINRICH FLORIAN

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>ORDER REVISING SCHEDULE FOR BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT |

1  Having considered the parties' STIPULATION REVISING SCHEDULE FOR
2  BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
3  AMENDED COMPLAINT and good cause appearing therefore, the Court orders as follows:
4  IT IS HEREBY ORDERED that:
5  The briefing and hearing schedule for Defendants' Motion to Dismiss the Consolidated
6  Amended Complaint shall be revised as follows:
7  1. Defendants shall file their Motion on or before October 12, 2005.
8  2. Plaintiffs shall file their opposition brief, if any, on or before December 5, 2005.
9  3. Defendants shall file their reply brief, if any, on or before January 9, 2006.
10 4. Defendants' Motion shall be heard on January 23, 2006, at 9:00 a.m.

12 DATED: 10/12/05

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REVISING SCHEDULE
FOR BRIEFING AND HEARING DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-4156-JW
sf-2014008

1