1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  JohnKG@lerachlaw.com
   SylviaS@lerachlaw.com
6        – and –
   WILLIAM S. LERACH (68581)
7  655 West Broadway, Suite 1900
   San Diego, CA 92101
8  Telephone: 619/231-1058
   619/231-7423 (fax)
9  BillL@lerachlaw.com

10 MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
11 ERIC J. BELFI
   275 Madison Avenue, Suite 801
12 New York, NY 10016
   Telephone: 212/682-1818
13 212/682-1892 (fax)

14 Co-Lead Counsel for Plaintiffs

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                     SAN JOSE DIVISION

18 | In re INFINEON TECHNOLOGIES AG   ) Master File No. C-04-4156-JW
   | SECURITIES LITIGATION            )
19 |                                  ) CLASS ACTION
   |                                  )
20 | This Document Relates To:        ) STIPULATION AND [PROPOSED] ORDER
   |                                  )
21 |    ALL ACTIONS.                  )
   |                                  )

1  WHEREAS, on October 12, 2005, defendants Infineon Technologies AG, Infineon Technologies North America Corp., Ulrich Schumacher and Peter J. Fischl filed a 25-page motion to dismiss the consolidated amended complaint;

WHEREAS, on that same date, defendants Heinrich Florian and T. Rudd Corwin, who are represented by the same counsel as the above defendants, filed a 9-page motion to dismiss the consolidated amended complaint;

WHEREAS, the parties have met and conferred and have agreed, subject to the approval of the Court, that rather than filing two separate opposition briefs, it would be most efficient for plaintiffs to file a single 35-page opposition in response to defendants' two motions to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-4(b) and 7-12, that plaintiffs be allowed to file one 35-page opposition in response to defendants' two motions to dismiss.

DATED: December 5, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SYLVIA SUM

/S/
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER - C-04-4156-JW — - 1 -

| | |
|---|---|
| | MURRAY, FRANK & SAILER LLP |
| | BRIAN P. MURRAY |
| | ERIC J. BELFI |
| | 275 Madison Avenue, Suite 801 |
| | New York, NY  10016 |
| | Telephone:  212/682-1818 |
| | 212/682-1892 (fax) |
| | |
| | Co-Lead Counsel for Plaintiffs |
| DATED:  December 5, 2005 | MORRISON & FOERSTER LLP |
| | MELVIN R. GOLDMAN |
| | JORDAN ETH |
| | MIA MAZZA |

                                                            /S/
                                     MIA MAZZA

425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
415/268-7522(fax)

Attorneys for Defendants

    I, John Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

*   *   *

**[PROPOSED] ORDER**

    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that plaintiffs may file a single opposition to defendants' motions to dismiss, no longer than 35 pages.

DATED:  December 21, 2005                                _/s/ James Ware_
                                                      THE HONORABLE JAMES WARE
                                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\Infineon Techs\S_O00026483.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 5, 2005, declarant served the **STIPULATION AND [PROPOSED] ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2005, at San Francisco, California.

/S/
REBECCA GROUNDS

INFINEON TECHS (CA) (LEAD)

Service List - 12/5/2005    (04-0381)

Page 1 of 2

**Counsel For Defendant(s)**

Melvin R. Goldman
Jordan D. Eth
Mia A. Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)


**Counsel For Plaintiff(s)**

| | |
|---|---|
| John K. Grant<br>Sylvia Sum<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) | William S. Lerach<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>   619/231-1058<br>   619/231-7423 (Fax) |
| Eric J. Belfi<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>   212/682-1818<br>   212/682-1892 (Fax) | Alexander Reus<br>Tilp Rechtsanwalte PLLC<br>100 SE Second Street, Suite 2610<br>Miami, FL  33131<br>   786/235-5000<br>   786/235-5005 (Fax) |

INFINEON TECHS (CA) (LEAD)

Service List - 12/5/2005   (04-0381)

Page 2 of 2

Michael J. VanOverbeke
Thomas C. Michaud
Michael E. Moco
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI  48201
   313/578-1200
   313/578-1201(Fax)