IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Infineon Technologies Securities Litigation | NO. C 04-04156 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the motions to dismiss that remain under submission, the case management conference currently set for February 27, 2006 is continued to May 22, 2006 at 10:00 a.m. The parties shall file a joint case management statement no later than May 11, 2006.

Dated: February 15, 2006                                   /s/James Ware
                                                                              JAMES WARE
                                                                              United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Darren J. Robbins e_file_sd@lerachlaw.com
John K. Grant johnkg@lerachlaw.com
3  Mia A. Mazza mmazza@mofo.com
Patrick J. Coughlin patc@mwbhl.com
4  William S. Lerach billl@lerachlaw.com

5  **Dated: February 15, 2006**                                **Richard W. Wieking, Clerk**

6

7                                                                                      **By:   /s/JW Chambers**
                                                                                              **Ronald L. Davis**
                                                                                              **Courtroom Deputy**

8

**United States District Court**
For the Northern District of California