**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Infineon Technologies AG Securities Litigation | NO. C 04-04156 JW |
| | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| _____ / | |

In light of the Court's ruling on Defendants' Motion for Leave to File a Motion for Reconsideration, the Court vacates the case management conference currently scheduled on June 26, 2006. The case management conference is now set for **July 17, 2006 at 10:00 a.m.**

Dated: June 21, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Darren J. Robbins e_file_sd@lerachlaw.com
John K. Grant johnkg@lerachlaw.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark R.S. Foster mfoster@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mia A. Mazza mmazza@mofo.com
Patrick J. Coughlin patc@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: June 21, 2006**                                  Richard W. Wieking, Clerk

                                                          By:   /s/ JW Chambers
                                                                **Melissa Peralta**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California