MELVIN R. GOLDMAN (BAR NO. 34097)
mgoldman@mofo.com
JORDAN ETH (BAR NO. 121617)
jeth@mofo.com
MIA MAZZA (BAR NO. 184158)
mmazza@mofo.com
MARK FOSTER (BAR NO. 223682)
mfoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH AMERICA
CORP., ULRICH SCHUMACHER, and PETER J.
FISCHL

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
| This Document Relates to:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REVISING SCHEDULE FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION |

1    Whereas, on May 22, 2006, the Court entered its Corrected Order Granting In Part and
2    Denying In Part Defendants' Motions to Dismiss (Docket Item No. 90) (the "Order");
3    Whereas, on June 12, 2006, Defendants moved, pursuant to Local Rule 7-9(d), for leave
4    to file a Motion for Partial Reconsideration of the Order (Docket Item No. 91) ("Motion for
5    Leave");
6    Whereas, on June 21, 2006, the Court granted the Motion for Leave, deemed Defendants'
7    Proposed Motion for Partial Reconsideration as the operative brief, set a hearing on the Motion
8    for Partial Reconsideration for June 17, 2006, at 9:00 a.m., and ordered opposition and reply
9    briefs to be filed on June 30 and July 7, 2006, respectively (Docket Item No. 100);
10   Whereas also on June 21, 2006, the Court vacated the Case Management Conference that
11   was scheduled for June 26, 2006 and continued it to July 17, 2006, at 10:00 a.m. (Docket Item
12   No. 101);
13   Whereas, counsel for both parties have family vacation plans that conflict with the
14   hearing and briefing schedule ordered by the Court;
15   Whereas, the parties would like to modify the briefing and hearing schedule in light of
16   their family vacation plans; and
17   Whereas, Defendants' counsel, on behalf of both parties, conferred with Chambers before
18   filing this Stipulation and received guidance on adjusting the hearing date in light of the Court's
19   upcoming scheduled vacation;
20   THEREFORE, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties hereby stipulate,
21   subject to the Court's approval, that the schedule for the briefing and hearing of Defendants'
22   Motion for Partial Reconsideration shall be modified as follows:
23       1.   Plaintiffs shall file their opposition brief by July 14, 2006.
24       2.   Defendants shall file their reply brief by July 28, 2006.
25       3.   The hearing on the Motion for Partial Reconsideration and the Case Management
26   Conference shall be continued to September 11, 2006, at 9:00 a.m. and 10:00 a.m., respectively.
27
28

STIPULATION & [PROPOSED] ORDER REVISING SCHEDULE FOR
BRIEFING & HEARING ON DEFS.' MOTION FOR PARTIAL RECONSIDERATION                1
Master File No. C-04-4156-JW
sf-2153220

Stipulated to this 27th day of June, 2006.

DATED: June 27, 2006

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
JORDAN ETH
MIA MAZZA
MARK FOSTER

By: _____/s/ Mia Mazza (e-filing signature)_____
         MIA MAZZA

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., ULRICH SCHUMACHER,
and PETER J. FISCHL

DATED: June 27, 2006

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN K. GRANT
MARY K. BLASY

By_____/s/ John K. Grant (e-filing signature)_____
         JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
ERIC J. BELFI
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiffs

STIPULATION & [PROPOSED] ORDER REVISING SCHEDULE FOR
BRIEFING & HEARING ON DEFS.' MOTION FOR PARTIAL RECONSIDERATION
Master File No. C-04-4156-JW
sf-2153220

2

1  I, Mark Foster, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest
3  that Mia Mazza and John K. Grant have concurred in this filing.

4
   Dated: June 27, 2006                    MORRISON & FOERSTER LLP
5

6                                          By:    /s/ Mark Foster [e-filing signature]
7                                                 Mark Foster

8
                          *       *       *       *       *       *
9

10                              **[PROPOSED] ORDER**

11  PURSUANT TO STIPULATION AND GOOD CAUSE HAVING BEEN SHOWN, the
12  schedule for the briefing and hearing of Defendants' Motion for Partial Reconsideration is modified
13  as follows:
14      1.   Plaintiffs shall file their opposition brief by July 14, 2006.
15      2.   Defendants shall file their reply brief by July 28, 2006.
16      3.   The hearing on the Motion for Partial Reconsideration and the Case Management
17  Conference shall be continued to September 11, 2006, at 9:00 a.m. and 10:00 a.m., respectively.
18  IT IS SO ORDERED.
19
20  Dated:   __June 28_____, 2006
21
22
                                           _____
23                                         The Honorable James Ware
                                           United State District Judge
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER REVISING SCHEDULE FOR
BRIEFING & HEARING ON DEFS.' MOTION FOR PARTIAL RECONSIDERATION                 3
Master File No. C-04-4156-JW
sf-2153220