| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (BAR NO. 34097) |
|   | mgoldman@mofo.com |
| 2 | JORDAN ETH (BAR NO. 121617) |
|   | jeth@mofo.com |
| 3 | MIA MAZZA (BAR NO. 184158) |
|   | mmazza@mofo.com |
| 4 | MARK FOSTER (BAR NO. 223682) |
|   | mfoster@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants |
|   | INFINEON TECHNOLOGIES AG, |
| 9 | INFINEON TECHNOLOGIES NORTH AMERICA |
|   | CORP., ULRICH SCHUMACHER, PETER J. FISCHL, |
| 10 | T. RUDD CORWIN, and HEINRICH FLORIAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNONOGIES AG SECURITIES LITIGATION | Master File No.   C-04-4156-JW |
| ──────────────────────────── | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| ALL ACTIONS. | |

1     The parties, through their respective counsel of record, submit the following Stipulation and [Proposed] Order:

    WHEREAS on September 11, 2006, the Court entered an Order granting defendants' Motion for Partial Reconsideration of the Court's May 22, 2006 Order, dismissing the Consolidated Amended Complaint, and granting plaintiffs leave to file an amended complaint within 30 days of the Order;

    WHEREAS on October 11, 2006, plaintiffs filed their Second Amended Complaint for Violations of the Federal Securities Laws (the "SAC");

    WHEREAS defendants Infineon Technologies AG, Infineon Technologies North America Corp., Ulrich Schumacher, and Peter J. Fischl anticipate jointly filing a motion to dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6);

    WHEREAS, defendants Heinrich Florian and T. Rudd Corwin anticipate jointly filing a motion to dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6);

    WHEREAS, the parties have agreed, subject to the approval of the Court, that plaintiffs may elect to file either a single 35-page opposition brief in response to defendants' two motions to dismiss or two separate opposition briefs; and

    WHEREAS the parties have agreed that the schedule for briefing defendants' anticipated motions to dismiss provided by the Federal Rules of Civil Procedure should be adjusted in light of the complexity of the legal issues involved and the new allegations in the SAC;

    NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rules 6-2, 7-4(b), and 7-12, that:

1. Defendants shall file their motions to dismiss on or before November 17, 2006;

2. Plaintiffs may elect to file either a single 35-page opposition brief in response to defendants' two motions to dismiss or two separate opposition briefs, and shall file their opposition brief(s), if any, on or before December 29, 2006;

3. Defendants shall file their reply briefs, if any, on or before January 22, 2006;

4. The defendants' motions to dismiss shall be noticed for hearing on February 26, 2007, at 9:00 a.m.

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING & HEARING ON
DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT
MASTER FILE NO. C-04-4156-JW
sf-2209982

1

1 | DATED: October 23, 2006

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
JORDAN ETH
MIA MAZZA
MARK FOSTER

By: _____/s/ Mia Mazza (e-filing signature)_____
MIA MAZZA

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., ULRIC SCHUMACHER,
PETER J. FISCHL, T. RUDD CORWIN, and
HEINRICH FLORIAN

DATED: October 23, 2006

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN K. GRANT
SYLVIA SUM

By _____/s/ John K. Grant (e-filing signature)_____
JOHN K. GRANT

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
ERIC J. BELFI
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING & HEARING ON
DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT
MASTER FILE NO. C-04-4156-JW
sf-2209982

2

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Mark Foster, am the ECF User whose ID and password are being used to file this: |
| 3 | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE FOR BRIEFING** |
| 4 | **AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE SECOND** |
| 5 | **AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES** |
| 6 | **LAWS.** |
| 7 | In compliance with General Order 45, X.B., I hereby attest that Mia Mazza and John K. Grant |
| 8 | have concurred in this filing. |

Dated: October 23, 2006         MORRISON & FOERSTER LLP

By:   /s/ Mark Foster [e-filing signature]
         Mark Foster

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

5     Dated: _____10/25_____, 2006

_____
The Honorable James Ware
United State District Judge