IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Infineon Technologies AG Securities Litigation | NO. C 04-04156 JW<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

On the Court's own motion, the hearing on Defendants' motions to dismiss presently scheduled for February 26, 2007 is continued to **March 19, 2007 at 9 a.m.**

Dated: February 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian P Murray bmurray@rabinlaw.com
Eric J. Belfi ebelfi@labaton.com
John K. Grant johnkg@lerachlaw.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark R.S. Foster mfoster@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mia A. Mazza mmazza@mofo.com
Patrick J. Coughlin patc@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated:  February 6, 2007**                              **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers
                                                                  Elizabeth Garcia
                                                                  Courtroom Deputy**

**United States District Court**
For the Northern District of California