MELVIN R. GOLDMAN (BAR NO. 34097)
mgoldman@mofo.com
JORDAN ETH (BAR NO. 121617)
jeth@mofo.com
MIA MAZZA (BAR NO. 184158)
mmazza@mofo.com
MARK FOSTER (BAR NO. 223682)
mfoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH AMERICA
CORP., ULRICH SCHUMACHER, PETER J. FISCHL,
T. RUDD CORWIN, and HEINRICH FLORIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
|---|---|
| This Document Relates To: ALL ACTIONS. | **CLASS ACTION**<br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND VACATING HEARING DATES** |

1         The parties, through their respective counsel of record, submit the following Stipulation and
2 [Proposed] Order:
3         WHEREAS on October 11, 2006, plaintiffs filed their Second Amended Complaint for
4 Violations of the Federal Securities Laws (the "2AC");
5         WHEREAS on November 17, 2006, defendants Infineon Technologies AG, Infineon
6 Technologies North America Corp., Ulrich Schumacher, and Peter J. Fischl jointly filed a motion to
7 dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket Item No. 129);
8         WHEREAS, also on November 17, 2006, defendants Heinrich Florian and T. Rudd Corwin
9 jointly filed a motion to dismiss the 2AC pursuant to Federal Rule of Civil Procedure 12(b)(6)
10 (Docket Item No. 132);
11         WHEREAS, defendants' motions to dismiss the 2AC currently are scheduled to be heard on
12 April 16, 2007;
13         WHEREAS, this Court recently set forth its preferred format for the pleading of loss
14 causation allegations in *In re Impax Labs. Sec. Litig.*, Case No C-04-04802-JW (N.D. Cal. Jan. 3,
15 2007) ("*Impax*") and *In re In re UTStarcom Inc. Sec. Litig.*, Case No. C-04-04908-JW
16 (N.D. Cal. Mar. 20, 2007) ("*UTStarcom*");
17         WHEREAS, on March 26, 2007, plaintiffs filed a Motion For Leave To File Third Amended
18 Complaint as Docket Item No. 146 ("Motion to Amend") based on new documents that allegedly
19 support their securities fraud allegations, and concurrently filed a Proposed Third Amended
20 Complaint as Docket Item No. 148;
21         WHEREAS, plaintiffs noticed a hearing date of April 30, 2007 for their Motion to Amend;
22         WHEREAS, defendants do not oppose plaintiffs' filing of a revised Third Amended
23 Complaint ("3AC") and defendants believe that the 3AC should be revised to follow the format for
24 pleading loss causation recently articulated by the Court in *Impax* and *UTStarcom*;
25         WHEREAS, the United States Supreme Court heard oral argument on March 28, 2007, in
26 *Tellabs, Inc.* v. *Makor Issues & Rights, Ltd.* (U.S. No. 06-484), to address the standard for pleading a
27 "strong inference" of scienter as required by the Private Securities Litigation Reform Act of 1995;
28

STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO DISMISS THE SECOND AMENDED
COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND VACATING HEARING DATES
MASTER FILE NO. C-04-4156-JW    -1-
sf-2293898

1  WHEREAS, the parties have agreed, subject to the approval of the Court, that in the interest

2 of efficiency and preservation of party and judicial resources, defendants and plaintiffs should

3 withdraw their pending motions, and the hearings on those motions should be vacated, so that the

4 parties may discuss a mutually agreeable proposed schedule for the filing of the 3AC and the briefing

5 of defendants' anticipated motions to dismiss the 3AC;

6  NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court, and

7 pursuant to Civil Local Rules 6-2 and 7-12, that:

8  1.  Defendants shall withdraw their pending motions to dismiss the 2AC;

9  2.  The hearing on defendants' motions to dismiss the 2AC, scheduled to be heard on

10 April 16, 2007, shall be vacated;

11  3.  Plaintiffs shall withdraw their Motion to Amend;

12  4.  The hearing on plaintiffs' Motion to Amend, presently scheduled for April 30, 2007,

13 shall be vacated;

14  5.  The parties shall meet and confer to determine a proposed schedule for the filing of the

15 3AC and the briefing of defendants' anticipated motions to dismiss the 3AC.

16  6.  The parties shall file another stipulation regarding these matters or otherwise report

17 back to the Court within thirty days.

18 DATED: March 30, 2007

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
JORDAN ETH
MIA MAZZA
MARK FOSTER

By: _____/s/ Jordan Eth (e-filing signature)_____
JORDAN ETH

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., ULRICH
SCHUMACHER, PETER J. FISCHL, T.
RUDD CORWIN, and HEINRICH FLORIAN

STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO DISMISS THE SECOND AMENDED
COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND VACATING HEARING DATES
MASTER FILE NO. C-04-4156-JW            -2-
sf-2293898

DATED: March 30, 2007

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN K. GRANT
SYLVIA SUM

By     /s/ John K. Grant (e-filing signature)
             JOHN K. GRANT

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
ERIC J. BELFI
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiff

\* \* \*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 2, 2007

_____
The Honorable James Ware
United State District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO DISMISS THE SECOND AMENDED
COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND VACATING HEARING DATES
MASTER FILE NO. C-04-4156-JW         -3-
sf-2293898

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Mark Foster, am the ECF User whose ID and password are being used to file this: |
| 3 | **STIPULATION AND [PROPOSED] ORDER REGARDING** |
| 4 | **MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND** |
| 5 | **VACATING HEARING DATES** |
| 6 | In compliance with General Order 45, X.B., I hereby attest that Jordan Eth and John K. Grant |
| 7 | have concurred in this filing. |

Dated: March 30, 2007          MORRISON & FOERSTER LLP

By:    /s/ Mark Foster [e-filing signature]

STIPULATION AND [PROPOSED] ORDER REGARDING MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT, THE FILING OF A THIRD AMENDED COMPLAINT, AND VACATING HEARING DATES
MASTER FILE NO. C-04-4156-JW          -4-
sf-2293898