1  MELVIN R. GOLDMAN (BAR NO. 34097)
   mgoldman@mofo.com
2  JORDAN ETH (BAR NO. 121617)
   jeth@mofo.com
3  MIA MAZZA (BAR NO. 184158)
   mmazza@mofo.com
4  MARK FOSTER (BAR NO. 223682)
   mfoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   INFINEON TECHNOLOGIES AG,
9  INFINEON TECHNOLOGIES NORTH AMERICA
   CORP., ULRICH SCHUMACHER, PETER J. FISCHL,
10 T. RUDD CORWIN, and HEINRICH FLORIAN

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

| In re INFINEON TECHNONOGIES AG SECURITIES LITIGATION _____ This Document Relates To: ALL ACTIONS. | Master File No.   C-04-4156-JW **CLASS ACTION** STIPULATION AND [PROPOSED] ORDER REGARDING (1) THE FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND (2) A BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT |
|---|---|

The parties, through their respective counsel of record, submit the following Stipulation and [Proposed] Order:

1. On April 2, 2007, the Court granted the parties' stipulation (Docket Item No. 152), whereby Defendants withdrew their Motions to Dismiss Plaintiff's Second Amended Complaint (the "2AC"), Plaintiffs withdrew their March 26, 2007 Motion to Amend the 2AC, hearings on all motions were vacated, and the parties agreed to submit a further stipulation within 30 days regarding the filing of a Third Amended Complaint (the "3AC") and a briefing and hearing schedule for Defendants' Motions to Dismiss the 3AC.

2. The United States Supreme Court heard oral argument on March 28, 2007, in *Tellabs, Inc.* v. *Makor Issues & Rights, Ltd.* (U.S. No. 06-484), to address the standard for pleading a "strong inference" of scienter as required by the Private Securities Litigation Reform Act of 1995. Given the expedited hearing and briefing schedule set by the Supreme Court in *Tellabs*, the parties anticipate that the Supreme Court will issue its decision in *Tellabs* by the end of June, 2007, when the Supreme Court is scheduled to recess for the summer.

3. In the interest of efficiency and preservation of party and judicial resources, the parties agree that Plaintiffs should file the 3AC after the Supreme Court issues its decision in *Tellabs*.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court, and pursuant to Civil Local Rules 6-2 and 7-12, that:

1. Plaintiffs shall file their 3AC by July 16, 2007.

2. Defendants shall file their Motions to Dismiss the 3AC on or before August 24, 2007.

3. Plaintiffs may elect to file either a single 35-page opposition brief in response to Defendants' Motions to Dismiss the 3AC or two separate opposition briefs, and shall file their opposition brief(s), if any, on or before October 2, 2007.

4. Defendants' reply briefs shall be due on or before October 24, 2007.

5. The hearing on Defendants' Motions to Dismiss the 3AC shall be noticed for hearing on November 19, 2007.

| | |
|---|---|
| DATED:  May 2, 2007 | MORRISON & FOERSTER LLP<br>MELVIN R. GOLDMAN<br>JORDAN ETH<br>MIA MAZZA<br>MARK FOSTER |
| | By:  _____/s/ Jordan Eth (e-filing signature)_____ |
| | Attorneys for Defendants<br>INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA CORP., ULRICH SCHUMACHER, PETER J. FISCHL, T. RUDD CORWIN, and HEINRICH FLORIAN |
| DATED:  May 2, 2007 | LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP<br>JOHN K. GRANT |
| | By_____/s/ John K. Grant (e-filing signature)_____ |
| | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY<br>ERIC J. BELFI<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>Telephone:  212/682-1818<br>212/682-1892 (fax) |
| | Co-Lead Counsel for Lead Plaintiffs |

STIPULATION AND [PROPOSED] ORDER REGARDING (1) THE FILING OF THE 3AC AND (2) A BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE 3AC
MASTER FILE NO. C-04-4156-JW
sf-2313807

1       [PROPOSED] ORDER

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated: _____May 4_____, 2007

6

7                                               _____
                                                The Honorable James Ware
8                                               United State District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER REGARDING (1) THE FILING OF THE 3AC AND (2) A BRIEFING AND HEARING
    SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE 3AC
    MASTER FILE NO. C-04-4156-JW
    sf-2313807

**ECF ATTESTATION**

I, Mark Foster, am the ECF User whose ID and password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER REGARDING (1) THE FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND (2) A BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT.**

In compliance with General Order 45, X.B., I hereby attest that Jordan Eth and John K. Grant have concurred in this filing.

Dated: May 2, 2007            MORRISON & FOERSTER LLP

                              By:   /s/ Mark Foster [e-filing signature]