1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   johnkg@lerachlaw.com
5
   MURRAY, FRANK & SAILER LLP
6  BRIAN P. MURRAY
   275 Madison Avenue, Suite 801
7  New York, NY  10016
   Telephone:  212/682-1818
8  212/682-1892 (fax)
   bmurray@murrayfrank.com
9
   Co-Lead Counsel for Plaintiffs
10
   [Additional counsel appear on signature page.]

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN JOSE DIVISION

14

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER ON SCHEDULE FOR FILING AMENDED COMPLAINT AND DEFENDANTS' MOTIONS TO DISMISS |
| ALL ACTIONS. | |

Through their counsel, plaintiffs and defendants stipulate as follows:

1. Plaintiffs have asked defendants for a one-day extension to July 17, 2007 to file their amended complaint. The amended complaint is currently due on July 16, 2007, pursuant to a May 4, 2007 stipulation and order.

2. Defendants have agreed to the modification, and the parties have also agreed to move the date for defendants to file their motions to dismiss from August 24, 2007 to August 27, 2007.

3. The October 2, 2007 and October 24, 2007 due dates for the opposition and reply briefs, respectively, shall remain unchanged.

4. The November 19, 2007 hearing date for defendants' motions to dismiss shall remain unchanged.

DATED:  July 16, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT


                                /s/
                        JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiffs

TILP PLLC
UTE KLOSE
100 Park Avenue, 12th Floor
New York, NY  10017
Telephone:  212/907-0635
212/818-0477 (fax)

|   |   |
|---|---|
| | VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHUAD<br>MICHAEL E. MOCO<br>79 Alfred Street<br>Detroit, MI  48201<br>Telephone:  313/578-1200<br>313/578-1201 (fax)<br><br>Additional Counsel for Plaintiffs |
| DATED:  July 16, 2007 | MORRISON & FOERSTER LLP<br>MELVIN R. GOLDMAN<br>JORDAN ETH<br>MIA MAZZA<br><br>                                   /s/                         <br>MIA MAZZA<br><br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:  415/268-7000<br>415/268-7522 (fax)<br><br>Attorneys for Defendants INFINEON TECHNOLOGIES AG, INFINEON TECHNOLOGIES NORTH AMERICA, ULRICH SCHUMACHER and PETER J. FISCHL |

*I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order on Schedule for Filing Amended Complaint and Defendants' Motions to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.*

                                   /s/                         
JOHN K. GRANT

\*     \*     \*

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  July 17 2007                         *[signature: James Ware]*

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Infineon Techs\STP00043611.doc

STIPULATION AND [PROPOSED] ORDER ON SCHEDULE FOR FILING AMENDED COMPLAINT
AND DEFENDANTS' MOTIONS TO DISMISS - C-04-4156-JW                                                                - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 16, 2007.

s/ John K. Grant
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: johnkg@lerachlaw.com

STIPULATION AND [PROPOSED] ORDER ON SCHEDULE FOR FILING AMENDED COMPLAINT
AND DEFENDANTS' MOTIONS TO DISMISS - C-04-4156-JW - 1 -

# Mailing Information for a Case 5:04-cv-04156-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com,e_file_sf@lerachlaw.com

- **Mark R.S. Foster**
  mfoster@mofo.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,KiyokoH@lerachla

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Ira A. Schochet**
  ischochet@labaton.com,ElectronicCaseFiling@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Beth Hoffman
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```