**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Infineon Technologies AG Securities Litigation. | NO. C 04-04156 JW<br>Consolidated Cases:<br>  04-04189 JW<br>  04-04617 JW<br>  04-04279 JW<br>  04-04388 JW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |
|---|---|

    In light of the Court's April 22, 2005 Order Consolidating Actions, Appointing Lead Plaintiffs, and Approving Lead Plaintiffs' Selection of Co-Lead Counsel (docket item no. 34), the Court orders member cases 04-04189 JW, 04-04617 JW, 04-04279 JW, 04-04388 JW administrative closed.

Dated: March 31, 2008

                                                        _James Ware_
                                                  JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian P Murray bmurray@rabinlaw.com
Eric J. Belfi ebelfi@labaton.com
Ira A. Schochet ischochet@labaton.com
John K. Grant johnkg@csgrr.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark R.S. Foster mfoster@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mia Ann. Mazza mmazza@mofo.com
Patrick J. Coughlin PatC@csgrr.com
Thomas J. Kennedy tkennedy@murrayfrank.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: March 31, 2008**               **Richard W. Wieking, Clerk**

                                        **By:   /s/ JW Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**