FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2008 APR 2 AM 11: 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT
Northern District of California

IN RE INFINEON TECHNOLOGIES AG
SECURITIES LITIGATION

CASE NO. C-04-4156-JW

(~~Proposed~~) JW
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

Defendant(s).

cc: J. Gardner

Jonathan Gardner                    , an active member in good standing of the bar of

the State of New York, S.D.N.Y. and E.D.N.Y.   whose business address and telephone number

(particular court to which applicant is admitted)

is

Labaton Sucharow LLP
140 Broadway, New York, NY 10005
Tel. (212) 907-0700

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Lead Plaintiff Reinhard Schroeder.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 10, 2008

James Ware
United States ~~Magistrate~~ District Judge