# Exhibit 5
# A

Download Druck-Version (RTF-Format)

Infineon Technologies AG

Ort:              81609 München
Art der Eintragung: 64 Jahresabschluß

Infineon Technologies AG

München

Lagebericht und Konzernlagebericht für das Geschäftsjahr 2001 vom 1. Oktober 2000 bis zum 30.

Dieser zusammengefasste Lagebericht und Konzernlagebericht (Lagebericht) sollte im Zusammen-

hang mit den Konzernfinanzdaten und den Konzernanhangsangaben, die an anderer Stelle stehen,

gelesen werden. Die geprüften Konzernabschlüsse basieren auf einer Reihe von Annahmen, die de

taillierter in den Konzernanhangsangaben 1 (Beschreibung der Geschäftstätigkeit, der Gründung

und der Grundlagen der Darstellung) und 2 (Bilanzierung und Bewertung) dargestellt sind.

Da die Infineon Technologies AG ("Infineon" oder die "Gesellschaft") Teil des konzernweiten E

wicklungs-, Fertigungs-, Vertriebs- und Marketingnetzwerks ist, wird der Lagebericht der Infi

Technologies AG mit dem des Infineon Konzerns zusammengefasst.

Dieser Lagebericht enthält in die Zukunft gerichtete Aussagen, Aussagen die nicht auf histori

Tatsachen, sondern auf aktuellen Planungen, Annahmen und Schätzungen beruhen.

Zukunftsaussagen sind immer nur für den Zeitpunkt gültig, an dem sie gemacht werden. Infineon

übernimmt keine Verpflichtung, diese beim Auftreten neuer Informationen zu überarbeiten.

Zukunftsaussagen unterliegen immer Risiken und Unsicherheiten. Wir möchten Sie diesbezüglich

deutlich darauf hinweisen, dass eine Reihe von Faktoren die tatsächlichen Ergebnisse dahingeh

einflussen können, dass diese von den prognostizierten wesentlich abweichen. Einige dieser Fa

sind im Abschnitt "Risikofaktoren" und in weiteren Bereichen in diesem Bericht beschrieben.

Signifikante Entwicklungen während des Geschäftsjahres

Schwerer Markteinbruch im Halbleitermarkt sowie schwache Weltwirtschaftslage

Dramatischer Rückgang der Preise bei Speicherprodukten

Nachfrage nach Drahtlosen Kommunikationsprodukten aufgrund schwierigen Marktumfelds erheblic

beeinträchtigt

Signifikante Umsatzrückgänge in der zweiten Hälfte des Geschäftsjahres 2001 mit Verlusten in Geschäftsbereichen mit Ausnahme von Automobil- und Industrieelektronik

Weiterhin Wachstum in unserem Geschäft mit Automobil- und Industrieelektronik

Maßnahmenpaket zur Kosteneinsparung von mehr als 1 Mrd. Euro in Umsetzung

Weiterhin Investitionen in Forschung und Entwicklung und in die Einführung der 300-Millimete Technologie

Weitere Portfolio-Optimierungen durch strategische Investitionen und die Veräußerung nicht-s Aktivitäten

Kapitalerhöhung in Höhe von 1,5 Mrd. Euro trotz angespannten Kapitalmarktumfeldes erfolgreic platziert

Schwache Weltkonjunktur und drastischer Rückgang der Halbleiterpreise

Im Jahr 2000 konnte mit 3,9 Prozent das höchste Wirtschaftswachstum der letzten 10 Jahre verz werden. Beginnend im Herbst 2000 in den USA hat der Rückgang der Konjunktur im Kalenderjahr 2 auch die europäische und die asiatische Wirtschaft erfasst. Besonders schwer betroffen hiervo der traditionell stark konjunkturabhängige Technologiesektor und insbesondere der Halbleiter- Kommunikationsmarkt. Die dramatischen Ereignisse des 11. September 2001 in New York und Wa- shington haben in einer bereits schwachen Weltwirtschaftslage zusätzliche Unsicherheiten herv Der Umfang des Rückgangs im Technologiesektor wurde jedoch zunächst unterschätzt. So wurde vo führenden Marktforschungsinstituten für den Halbleiterbereich (wie zum Beispiel Gartner Dataq noch im Herbst letzten Jahres ein Wachstum für das Kalenderjahr 2001 von über 25 Prozent prog ziert. Im September 2001 erwartet Gartner Dataquest für das Kalenderjahr 2001 jedoch einen Rü der weltweiten Halbleiterumsätze um 26 Prozent auf 168 Mrd. US-Dollar. Der Markt bei Nicht-Sp produkten - Logikchips, analogen, diskreten und optischen Komponenten - soll demnach im Vergl zu 2000 um 21 Prozent sinken. Besonders schwer betroffen war hier der Mobilfunkbereich, desse weiter Umsatz im Vergleich zum Vorjahr in 2001 voraussichtlich um etwa 30 Prozent zurückgehen wird. Der Gesamtumsatz im Speicherchip-Markt, der DRAMs, SRAMs und nichtflüchtige Speicher (z. B. Flash-Memories) umfasst und im Kalenderjahr 2000 etwa 28 Prozent des gesamten Halbleit marktes entsprach, soll im Kalenderjahr 2001 sogar um 43 Prozent zurückgehen. Der am Spotmark zielbare Preis für den 128-Mbit Speicherchip reduzierte sich von 15,00 US-Dollar im September um 90 Prozent und notierte Ende September 2001 bei 1,45 US-Dollar.

**Deutlicher Rückgang bei Umsatz und EBIT**

Im Berichtsjahr 2001 erzielten wir einen Umsatz von 5 671 Mio. Euro, was einem Rückgang um 22

zent entspricht (Vorjahr: 7 283 Mio. Euro). Unser Konzernjahresfehlbetrag belief sich im Gesc

2001 auf 591 Mio. Euro im Vergleich zu einem Konzernjahresüberschuss in Höhe von 1 126 Mio. E

im Vorjahr. Dies entspricht einem Verlust je Aktie von 0,92 Euro, verglichen mit einem Gewinn

von 1,83 Euro im Geschäftsjahr 2000. Im Gegensatz zum Ergebnis vor Zinsen, vor Abzug auf konz

fremde Gesellschafter entfallende Ergebnisanteile und Steuern (EBIT) in Höhe von 1 670 Mio. E

Geschäftsjahr 2000 musste im Geschäftsjahr 2001 ein negatives EBIT von 1 024 Mio. Euro ausgew

werden. Die stark rückläufige Nachfrage sowie Produktpreise, welche im Laufe des Geschäftsjah

vielen Bereichen einen kontinuierlichen Rückgang verzeichnen mussten, haben Umsatz und EBIT a

Bereiche mit Ausnahme des Geschäftsbereichs Automobil- und Industrieelektronik negativ beeinf

**Umfangreiches Kostensenkungsprogramm in Umsetzung**

Angesichts der anhaltenden Schwäche des Technologiesektors hat Infineon im Juli 2001 ein umfa

ches Kostensenkungsprogramm beschlossen. Das Programm mit dem Namen Impact soll insgesamt

Kostenreduzierungen von mehr als 1 Mrd. Euro bewirken.

Hierzu werden die Geschäftsprozesse und Kostenstrukturen in allen Unternehmensfunktionen ana-

lysiert und weitreichende Verbesserungen zur Kostenreduzierung angestoßen. Darunter fällt auc

Abbau von circa 5 000 Mitarbeitern weltweit. Zusätzlich wird seit Oktober 2001 in den Werken

burg und München Kurzarbeit eingeführt. In diesem Zusammenhang fielen im vierten Quartal 2001

Umstrukturierungsaufwendungen in Höhe von 117 Mio. Euro an.

Zusätzlich wurden die Investitionen in Sachanlagen im Berichtsjahr von ursprünglich geplanten

2,8 Mrd. Euro auf 2,3 Mrd. Euro gekürzt. Die geplanten Investitionen für das Geschäftsjahr 20

auf derzeit rund 900 Mio. Euro zurückgenommen.

Ebenso planen wir für das Geschäftsjahr 2002 mit niedrigeren Forschungs- und Entwicklungsausg

Trotzdem bleibt es unser erklärtes Ziel, auch in einem derzeit rückläufigen Halbleitermarkt a

tionen in strategische Projekte festzuhalten. Nur durch kontinuierliche Investitionen über di

hinweg können wir die Chancen des nächsten Aufschwungs voll nutzen.

**Zukunftssicherung durch weiterhin hohe Forschungs- und Entwicklungsaufwendungen**

Die Aufwendungen für Forschung und Entwicklung in Höhe von 1 189 Mio. Euro im Geschäftsjahr

2001, einschließlich Aufwendungen für erworbene, nicht abgeschlossene Forschungs- und Entwick

lungsprojekte, flossen im Wesentlichen in die Entwicklung von Produkten der nächsten Generati

Infineons Zielmärkte, wie zum Beispiel neuste DRAM-Technologien, optische 10- und 40-Gbit/s-N

2,5G-Mobilfunk (GPRS) und 3G-Mobilfunk (UMTS), und andere neue Technologien. Daneben ent-

wickelte Infineon ihre Produktionstechnologien für Halbleiter weiter und erweiterte ihr Portf

universell einsetzbaren Prozessormodulen.

Durch strategische Forschung sowie gezielte operative Entwicklungsaktivitäten setzen wir Maß

und bestimmen den Fortschritt der Halbleiterindustrie entscheidend mit. Dabei werden strategi

Projekte in Kooperation mit anderen Chip-Herstellern sowie mit Partnern aus anderen Technolog

bereichen durchgeführt. Derartige Partnerschaften erlauben es uns, sowohl Entwicklungskosten

auch -risiken zu teilen sowie neue Technologien schneller am Markt zur Verfügung zu stellen.

Neue strategische Investitionen

Zu Beginn des Geschäftsjahres 2001 übernahmen wir die Geschäftsaktivitäten der Sican GmbH, ei

der größten unabhängigen Designhäuser Europas für Kommunikations-ICs für 10 Mio. Euro. Die Ak

sition ermöglicht uns den Zugang zur Entwicklung und Vermarktung von System-on-Chip-Lösungen

für die sichere drahtlose und drahtgebundene Kommunikation und ergänzt damit die Geschäftsber

che Drahtlose Kommunikation, Drahtgebundene Kommunikation und Sicherheits- und Chipkarten-

ICs.

Im März 2001 erwarben wir etwa 20 Prozent der Geschäftsanteile an Ramtron International Corpo

in Colorado Springs, USA, durch die Ausgabe eigener Aktien im Wert von 21 Mio. Euro und

11 Mio. Euro in bar. Außerdem trafen wir mit Ramtron eine zusätzliche gegenseitige Lizenzvere

barung, durch die Infineon eine Lizenz der FRAM-Technologie von Ramtron erhält und Ramtron de

Zugriff auf spezielle Infineon Technologien bezüglich der Fertigung von FRAM-Speichern ermögl

wird.

Im Oktober 2000 vereinbarten wir den Erwerb sämtlicher Anteile an der Firma Ardent Technologi

mit Sitz in Sunnyvale, USA, zu einem Kaufpreis von 39 Mio. Euro in eigenen Aktien. Ardent Tec

gies baut unsere Expertise im Bereich des LAN-Switching aus. Die Akquisition erlaubt es uns,

Produktportfolio im Geschäftsbereich Drahtgebundene Kommunikation in den Bereichen hochinte-

grierter Fast-Ethernet und Gigabit-Ethernet-Switching-Bausteine zu erweitern und unsere Präse

Halbleitermarkt für den Einsatz in lokalen Unternehmensnetzwerken (LAN) zu stärken. Als Folge

dramatischen Rückgangs im internetbasierten LAN-Switching-Markt in der zweiten Hälfte von 200

und einer erneuten Bewertung dieses Marktes wurde einer großen Anzahl der Ardent Technologies

Mitarbeiter gekündigt und ein wesentlicher Anteil der erworbenen Technologie aufgegeben. Die

entstandenen Wertberichtigungen betrugen etwa 14 Mio. Euro.

Zur Stärkung der optischen Netzwerkfähigkeiten im Geschäftsbereich Drahtgebundene Kommunikati

on erwarb Infineon im Juli 2001 den Netzwerkspezialisten Catamaran Communications Inc. mit Si

San Jose, Kalifornien, für 246 Mio. Euro in eigenen Aktien. Catamaran ist führend in der Entw

von ICs für die nächste Generation von 40-Gbit/s-Komponenten und des schnell wachsenden 10-Gb

s-Segments für den Markt optischer Netzwerke.

Kooperationen

Im März 2001 ist Infineon mit United Microelectronics Corporation (UMC) und einem weiteren In

tor eine Kooperation zum Bau und Betrieb einer 300-Millimeter-Halbleiter-Fertigung in Singapu

gangen. Als Gegenleistung für die Bareinlage in Höhe von circa 59 Mio. US-Dollar im April 200

die Verpflichtung zur Einbringung unserer Technologien sowie Bareinlagen von insgesamt 481 Mi

US-Dollar über die nächsten zwei Jahre wird Infineon 30 Prozent der Anteile an dem UMCi Joint

re erhalten. Das Gemeinschaftsunternehmen UMCi wird IC-Foundry-Services anbieten und Infineon

hat sich verpflichtet, bestimmte Produktionsmengen abzunehmen.

Zusammen mit Saifun Semiconductors Ltd., Israel, hat Infineon im Mai 2001 das Gemeinschaftsun

nehmen Ingentix mit Sitz in Israel und Deutschland gegründet. Ingentix wird Flash-Speicherpro

entwickeln, fertigen und vermarkten, die auf Saifuns NROM-Technologie (Nitrided Read Only Mem

ry) basieren. Ingentix wird sich zunächst auf die Entwicklung von MultiMediaCard-Speicherprod

ten konzentrieren. Infineon erhielt für die Bareinlage von 17 Mio. US-Dollar 51 Prozent der A

dem Gemeinschaftsunternehmen.

Weitere Portfolio-Optimierungen

Um uns verstärkt auf unser Kerngeschäft zu fokussieren, bewerten wir fortwährend unser Geschä

portfolio und haben Aktivitäten veräußert, die nicht zum Kerngeschäft zählen. Dabei haben wir

2001 insgesamt 911 Mio. Euro erlöst.

Im Oktober 2000 veräußerte Infineon ihre Image & Video-Unterhaltungselektronik-Aktivitäten fü

250 Mio. Euro in bar an die Micronas Semiconductor Holding AG, Zürich, mit einem Veräußerungs

vor Steuern in Höhe von 202 Mio. Euro.

Im Juli 2001 hat Infineon den Verkauf ihres Infrarotkomponenten-Geschäfts mit Vishay Intertec

Inc. in einem Zwei-Stufen-Plan für rund 120 Mio. US-Dollar vereinbart. Der Verkauf der ersten

fand im August 2001 statt und brachte einen Veräußerungsgewinn vor Steuern in Höhe von

26 Mio. Euro. Die verbleibenden Anteile werden voraussichtlich 2002 für eine Restzahlung von

US-Dollar übertragen.

Im August 2001 hat Infineon die Anteile in Höhe von 49 Prozent an ihrem Osram Opto Semiconduc

GmbH & Co. OHG Joint Venture für 565 Mio. Euro in bar an ihren Vertragspartner Osram GmbH, Mü

chen, eine Siemens Tochtergesellschaft, verkauft. Aufgrund der anzuwendenden Bilanzierungsvor

schriften nach US-GAAP wird dies als Transaktion von Gesellschaften unter einheitlicher Führu

lanziert. Der Veräußerungsgewinn nach Steuern in Höhe von 392 Mio. Euro wird demnach als Kapi

einlage behandelt und ist damit in unserer Konzern-Gewinn- und Verlustrechnung nicht ausgewie

Optimierung der Fertigungskapazitäten und Einkaufsaktivitäten fortgesetzt

Aufgrund der zyklischen Natur des Halbleitermarktes besteht die ständige Herausforderung, Fer

tigungskapazitäten entsprechend der Marktnachfrage abzustimmen. Während des Geschäftsjahres 2

waren die meisten unserer Produktionsstätten voll ausgelastet. Im Gegensatz dazu hat die zune

Marktschwäche im Geschäftsjahr 2001 zur Unterauslastung einiger Nicht-Speicher-Fertigungsstät

einschließlich unseres ALTIS Joint Venture, geführt. Ohne eine wesentliche Steigerung der Nac

werden diese Fertigungen weiterhin mit einer geringeren Auslastung fahren und die Stückkosten

steigen.

Aufgrund unserer Erwartung eines langfristig positiven Wachstums im Speichergeschäft halten w

unseren Plänen bezüglich der 300-Millimeter-Technologie fest und erwarten, den Ausbau unseres

kes in Dresden im ersten Kalenderhalbjahr 2002 abgeschlossen zu haben und die Fertigung unmit

hochlaufen zu lassen. Somit wird das neue Werk als eines der ersten weltweit die 300-Millimet

nologie zum Einsatz bringen. Diese Fertigung soll zunächst bei der DRAM-Produktion eingesetzt

den und schließlich zu erheblichen Kostenvorteilen führen. Dennoch haben wir aufgrund der akt

len Situation die Ausstattung unserer Produktionsstätte in Richmond, Virginia, mit der 300-Mi

Technologie bis auf weiteres auf das Geschäftsjahr 2003 verschoben.

Der Einsatz von führenden Technologien und hochentwickelten Materialien bestimmen Leistung, Q

lität und Zuverlässigkeit unserer Produkte. Die Forderungen nach ständig kleineren Chip-Struk

und höheren Fertigungsausbeuten erfordern den Einsatz jeweils neuester Technologien in unsere

tigungen, um wettbewerbsfähig zu bleiben. Infineon bedient sich dazu global operierender Lief

deren Leistungsfähigkeit regelmäßig bewertet und die einer permanenten Weiterentwicklung unte

gen werden. Unser weltweites Team von Zentraleinkäufern bezieht Materialien und Prozesse von

ren Hauptlieferanten. Die Zentraleinkäufer treiben Technologie- und Materialentwicklungen vor

ordinieren den Bedarf und die Verfügbarkeit und optimieren Kostenstrukturen. Zur Produktivitä

gerung wird der Einsatz von elektronischen Systemen für Business-to-Business-Transaktionen la

ausgebaut.

Kapitalerhöhung erfolgreich platziert

Im Zuge einer Kapitalerhöhung hat Infineon im Juli 2001 unter schwierigen Kapitalmarktbedingu

60 Millionen auf den Namen lautende Stückaktien an der Frankfurter Wertpapierbörse und Americ

Depository Shares (ADSs) an der New York Stock Exchange platziert. Auf Basis des Verkaufsprei

von 25,00 Euro pro Aktie betrug der Nettoerlös rund 1,48 Mrd. Euro.

Ergebnis der Geschäftstätigkeit

Die folgende Tabelle zeigt die Umsatzerlöse nach Geschäftsbereichen und Regionen sowie das

nach Geschäftsbereichen (Segmentdaten):

Segmentdaten nach Geschäftsbereichen und Regionen

---------------------------------------------------------------------------------

|  |  | Geschäftsjahr zum 30. September |  |  |
|---|---|---|---|---|
|  |  | 1999 | 2000 |  |
|  |  | (in Millionen Euro, ausgenommen | | Proz |
| + |  |  |  |  |
| Umsatzerlöse nach Geschäftsbereichen: |  |  |  |  |
| Drahtlose Kommunikation.............. | 865 | 20% | 1221 | 17% |
| Drahtgebundene Kommunikation........ | 499 | 12% | 665 | 9% |
| Automobil- und Industrieelektronik...... | 665 | 16% | 880 | 12% | 1 |
| Speicherprodukte..................... | 1406 | 33% | 3473 | 48% | 1 |
| Sicherheits- und Chipkarten-ICs(2)........ | 276 | 6% | 375 | 5% |
| Sonstige Geschäftsbereiche(3)........... | 447 | 11% | 579 | 8% |
| Konzernfunktionen................... | 79 | 2% | 90 | 1% |

-------------------------------------------------

```
Gesamt...............................        4237    100%    7283    100%    5

                                             ---------------------------------------------

Umsatzerlöse    nach   Regionen:

Deutschland.........................        1241     29%    1612     22%    1

Übriges  Europa......................        1203     28%    1647     23%    1

USA.................................          827     20%    1814     25%    1

Asien/Pazifik.......................          899     21%    2100     29%    1

Andere..............................           67      2%     110      1%

                                             ---------------------------------------------

Gesamt...............................        4237    100%    7283    100%    5

                                             ---------------------------------------------

EBIT(4)

Drahtlose  Kommunikation.............          182            261              (

Drahtgebundene      Kommunikation........       22             47

Automobil-  und   Industrieelektronik......       23             69

Speicherprodukte.....................         (238)           1337             (

Sicherheits- und  Chipkarten-ICs(2)........       24             49

Sonstige  Geschäftsbereiche(3)...........       34             27

Konzernfunktionen(5)..................         (60)           (120)            (

                                             ---------       ---------       ----

Gesamt...............................          (13)           1670            (1

                                             ---------       ---------       ----
```

--------------

(1) Abweichungen  der Summen   durch Rundungsdifferenzen möglich.

(2) Vor dem  Geschäftsjahr2001 hat der Geschäftsbereich Sicherheits- und Chipkarten-ICs nicht

    tungskriterien für ein Segment erfüllt. Für das Geschäftsjahr2001wurde der Geschäftsberei

    Chipkarten-ICs als zu berichtendes Segment definiert und aufgrund der Größe als separates

    Die Segmentberichterstattung wurde für frühere Perioden vergleichbar gerechnet.

(3) Seit 1. Oktober2000enthält das Segment Sonstige Geschäftsbereiche bestimmte Aktivitäten,d

    zernfunktionen gezeigt wurden, das Image & Video-Geschäft und das Infrarotkomponenten-Ges

Drahtgebundene  Kommunikation)  und die Erlöse aus deren Veräußerungen. Die Segmentberich

Geschäftsjahre1999und  2000sind auf Basis der Berichterstattung des Geschäftsjahres2001ve

um  die aktuelle und zukünftige Analyse der Segmente zu erleichtern. Das Segment Sonstige

umfasst auch das Geschäft mit optischen Komponenten, das durch ein Gemeinschaftsunternehm

GmbH,  München,  einer Tochtergesellschaft von Siemens, betrieben wird. Infineon hat ihre

an Osram im August 2001 verkauft.

(4) EBIT (Ergebnis vor Zinsen und Steuern) wird als Ergebnis vor Zinsen,vor Abzug auf konzern

entfallender Ergebnisanteile und Steuern definiert.

(5) Infineon hat die Berichterstattung der Kosten für ungenutzte Kapazität (Leerkosten) für S

jahr2001 überarbeitet. In der Vergangenheit wurden Leerkosten, sofern angefallen, auf Seg

sierend auf der Differenz von geplanter und tatsächlich genutzter Kapazität. Infineon ist

nung auf das Fremdfertigermodell übergegangen. Hier wird die Vorlaufzeit der Auftragsstor

kostenzuordnung  berücksichtigt. Alle nicht verrechneten Leerkosten werden in Konzernfunk

herige Perioden wurden durch diese Kosten nicht beeinträchtigt. Wir sind der Meinung,dass

Verantwortlichkeiten des Segmentmanagements  besser reflektiert und der von unabhängigen

gewandten  Praxis entspricht und somit zu einer verbesserten Berichterstattung der Segmen

stimmte Themen  sind in Konzernfunktionen enthalten und werden nicht auf Segmente zugerec

halten Kosten der Konzernzentrale, bestimmte Inkubatorkosten und Aufwendungen    für Grun

Einmalgewinne  und spezielle strategische Technologieaktivitäten.

Rechtskosten im Zusammenhang   mit geistigem Eigentum werden  bei den Segmenten zum  Ze

gabewirksamkeit gezeigt. Dies kann sich vom Zeitpunkt des Aufwands, der in Konzernfunktio

unterscheiden. Im Geschäftsjahr2001 beinhalten die Konzernfunktionen nicht zugeordnete Le

von 27 Mio. Euro, Umstrukturierungsaufwendungen  in Höhe von  117Mio. Euro und  zentrale

von 71Mio. Euro.

Ergebnis  der Geschäftstätigkeit  im Verhältnis  zum  Umsatz

----------------------------------------------------------------------------------------

                                              Geschäftsjahr  zum  30. September

                              1996(2)    1997      1998      1999      20

+

----------------------------------------------------------------------------------------

| | | | | | |
|---|---|---|---|---|---|
| Umsatzerlöse......................... | 100,0% | 100,0% | 100,0% | 100,0% | 10 |
| Umsatzkosten........................ | (74,2) | (76,9) | (85,9) | (71,0) | ( |
| | ------------------------------------------------- | | | | |
| Bruttoergebnis vom Umsatz............. | 25,8 | 23,1 | 14,1 | 28,9 | |
| Forschungs- und Entwicklungskosten..... | (15,8) | (15,8) | (20,1) | (17,4) | ( |
| Vertriebskosten und allgemeine | | | | | |
|   Verwaltungskosten.................. | (9,5) | (12,7) | (15,2) | (13,0) | |
| Aufwendungen für | | | | | |
|   Umstrukturierungsmaßnahmen........ | - | - | (25,7) | - | |
| Sonstige betriebliche Erträge | | | | | |
|   (Aufwendungen), Saldo............. | 1,7 | (0,7) | (0,3) | (0,0) | |
| | ------------------------------------------------- | | | | |
| Betriebsergebnis...................... | 2,3 | (6,2) | (47,1) | (1,5) | |
| Zinsergebnis, saldiert mit Zuschüssen.... | 2,1 | 1,5 | (1,1) | 1,0 | |
| Anteiliger Jahresüberschuss (-fehlbetrag) | | | | | |
|   von nach der Equity-Methode | | | | | |
|   konsolidierten Gesellschaften.......... | 0,1 | (2,0) | (4,8) | 0,8 | |
| Erträge aus der Realisierung von | | | | | |
|   Wertsteigerungen durch Kapital- | | | | | |
|   erhöhung bei assoziierten Unternehmen | - | - | - | - | |
| Sonstige Erträge, Saldo................ | 0,0 | 0,0 | 0,1 | 0,4 | |
| Auf konzernfremde Gesellschafter | | | | | |
|   entfallende Ergebnisanteile........... | (0,0) | (0,0) | (0,0) | 0,0 | ( |
| | ------------------------------------------------- | | | | |
| Ergebnis vor Steuern vom Einkommen | | | | | |
|   und vom Ertrag..................... | 4,5 | (6,6) | (53,0) | 0,7 | |
| Erträge (Aufwendungen) aus Steuern | | | | | |
|   vom Einkommen und vom Ertrag....... | 0,5 | 3,3 | 28,6 | 0,7 | ( |
| | ------------------------------------------------- | | | | |
| Konzernjahresüberschuss (-fehlbetrag)... | 5,0% | (3,3)% | (24,4)% | 1,4% | 1 |

------------------------------------------------

--------------

(1) Abweichungen  der Summen   durch Rundungsdifferenzen möglich.

(2) Ungeprüft.

Vergleich der Geschäftsjahre 2001 und 2000

Umsatzerlöse

Die Umsatzerlöse des Konzerns gingen im Geschäftsjahr 2001 um 22 Prozent auf 5 671 Mio. Euro

(Vorjahr: 7 283 Mio. Euro). Der Rückgang der Umsatzerlöse resultierte insbesondere aus gering

Umsätzen im Geschäftsbereich Speicherprodukte. Der Anteil des Umsatzes mit Speicherprodukten

Gesamtumsatz reduzierte sich dabei von 48 Prozent im Vorjahr auf nunmehr 28 Prozent im Berich

jahr, hauptsächlich aufgrund des dramatischen Rückgangs der Speicherpreise. Mit Ausnahme des

schäftsbereichs Automobil- und Industrieelektronik haben alle Geschäftsbereiche aufgrund von

verfall und Auftragsstornierungen in der zweiten Hälfte des Geschäftsjahres 2001 wesentliche

gänge bei Umsatz und Ergebnis erfahren. Gegenüber dem Vorjahr konstante Fremdwährungskurse un

ergäben sich Umsatzerlöse von circa 5 490 Mio. Euro.

Die Umsatzerlöse der einzelnen Geschäftsbereiche haben sich im Geschäftsjahr 2001 wie folgt e

Der Umsatz des Geschäftsbereichs Drahtlose Kommunikation reduzierte sich im Geschäftsjahr 20

um 18 Prozent gegenüber 2000. Alle wesentlichen Produktbereiche wie Basisband- und Hochfre-

quenz-ICs sowie diskrete Hochfrequenz-Bauelemente waren betroffen. Der Bereich Drahtlose Ko

munikation wurde durch den schwachen Mobiltelefonmarkt beeinträchtigt. Diese Schwäche ist

hauptsächlich auf die hohen Lagerbestände wesentlicher Kunden, Auftragsstornierungen und rü

läufige Preise zurückzuführen. Hinzu kam ein verzögerter Marktanlauf für neue Übertragungss

dards wie GPRS und Bluetooth. Die niedrigen Auftragseingänge setzten sich im vierten Quarta

unterschritten jedoch nicht das Niveau des dritten Quartals.

Im Geschäftsbereich Drahtgebundene Kommunikation konnten die Umsatzerlöse um insgesamt

16 Prozent gesteigert werden. Hintergrund dieser Entwicklung ist vor allem der verstärkte A

den Segmenten für traditionelle Telekommunikationsprodukte (ISDN und Analog-Technologie)

und Glasfaser sowie der Hochlauf im Bereich der Hochgeschwindigkeits-Datenübertragung (VDSL

10BaseS). Mit Blick auf den Ausbau klassischer Sprachnetze konnte das Geschäftsvolumen dabe

insbesondere auf Wachstumsmärkte wie China, Brasilien und Indien deutlich ausgeweitet werde

Während der Gesamtumsatz im Geschäftsbereich Drahtlose Kommunikation im Vergleich zum Vor-
jahr anstieg, verzeichnete der Bereich im dritten und vierten Quartal durch Auftragsstornie
und rückläufige Preise sinkende Umsatzerlöse.

Im Geschäftsbereich Automobil- und Industrieelektronik konnten die Umsatzerlöse gegenüber de
Vorjahr trotz des schwierigen Automobilmarktes um etwa 25 Prozent gesteigert werden. Hinter
dieser Entwicklung ist vor allem das in Deutschland kontinuierliche Marktwachstum für Auto-
mobilelektronik wie zum Beispiel Automotive Power und Smart Power. Das höhere Geschäftsvolu
men im Bereich der Industrieelektronik und bei Hochleistungs-Halbleitern hat ebenso zur Ums
steigerung beigetragen. Der Umsatzzuwachs im Geschäftsbereich Automobil- und Industrieelekt
nik wurde durch die allgemeine wirtschaftliche Situation in der zweiten Hälfte des Geschäft
2001 beeinträchtigt. Insbesondere das vierte Quartal konnte im Vergleich zum Vorjahresquart
eine einstellige Wachstumsrate verzeichnen.

Die Umsatzerlöse im Geschäftsbereich Speicherprodukte gingen, verglichen mit dem Geschäftsja
2000, um 54 Prozent zurück, während das Volumen an verkauften Megabit im Geschäftsjahr 2001
deutlich anstieg. Im Geschäftsjahr 2001 wurde die Umstellung der 64-Mbit-DRAM-Produktion au
die 128-Mbit-DRAM-Produktion abgeschlossen und die 256-Mbit-DRAM-Serienproduktion hoch-
gefahren. Der Rückgang der Umsatzerlöse spiegelt vor allem deutlich niedrigere DRAM-Preise
grund schlechterer Marktbedingungen wider. Die Preise für Speicherbausteine gingen über das
samte Geschäftsjahr ständig zurück und hatten am Ende des Geschäftsjahres bei bestimmten Pr
dukten nur noch 10 Prozent des Wertes gegenüber dem Beginn des Geschäftsjahres. Preisrückgä
mussten sowohl beim 128-Mbit- als auch beim 256-Mbit-DRAM hingenommen werden, wobei sich
die Preisdifferenz zwischen diesen beiden Bausteinen im Laufe des Jahres kontinuierlich ver
te. Zu dem Rückgang der Umsatzerlöse haben ebenfalls Verzögerungen in der Entwicklung eines
Festplatten-Controllers beigetragen. Die negativen Auswirkungen konnten nur zum Teil durch
Volumensteigerung ausgeglichen werden. Diese Volumensteigerung wurde durch Produktivitäts-
steigerungen, die Reduzierung der Chipflächen bei bestehenden Produkten und die Verlagerung
Produktmix hin zu Produkten mit höherer Speicherdichte erzielt.

Die Umsatzerlöse des Geschäftsbereichs Sicherheits- und Chipkarten-ICs stiegen um 57 Prozent
Der Anstieg ist vor allem auf den höheren Absatz an GSM-Bausteinen zurückzuführen. Dieses G
schäft wurde in der zweiten Hälfte des Berichtsjahres durch Auftragsstornierungen von Mobil

fonherstellern, von denen ein wesentlicher Teil des Geschäfts abhängt, beeinträchtigt. Die

erlöse beim Geschäft mit Sicherheits- und Chipkarten-ICs reduzierten sich im vierten Quarta

Die Umsatzerlöse der Sonstigen Geschäftsbereiche, die hauptsächlich unseren Umsatz mit Opto-

Produkten beinhaltet, waren im Geschäftsjahr 2001 relativ konstant im Vergleich zum Vorjahr

erwarten, dass unsere Umsätze mit Opto-Produkten zu den gleichen Konditionen weiterbestehen

werden, die vor dem Verkauf des Opto Joint Ventures mit Osram bestanden haben.

Beim Umsatz nach Regionen verzeichnet Europa mit 53 Prozent den größten Anteil für das Geschä

jahr 2001, im Vergleich zu 45 Prozent im Geschäftsjahr 2000. Dies ist hauptsächlich auf gesti

sätze mit Nicht-Speicherprodukten in Deutschland zurückzuführen. 47 Prozent des Gesamtumsatze

fanden außerhalb Europas statt (Vorjahr: 55 Prozent). Dies ist im Wesentlichen durch niedrige

mit Speicherprodukten in USA und Asien/Pazifik begründet.

Nur auf einen Kunden, den Siemens Konzern, entfielen in den Geschäftsjahren 2001 und 2000 meh

5 Prozent der Umsatzerlöse des Unternehmens. Der Umsatz mit Siemens beinhaltet sowohl Direktv

käufe an den Siemens Konzern in Höhe 14 Prozent und 10 Prozent in den beiden Geschäftsjahren

auch Verkäufe an die Siemens Vertriebsorganisation zum Weiterverkauf an Drittkunden in Höhe v

2 Prozent und 4 Prozent in den beiden Jahren. Die Umsätze an den Siemens Konzern werden haupt

sächlich durch die Geschäftsbereiche Drahtgebundene und Drahtlose Kommunikation getätigt.

Umsatzkosten

Die Umsatzkosten stiegen im Geschäftsjahr 2001 um 19 Prozent auf 4 904 Mio. Euro (Vorjahr:

4 110 Mio. Euro). Im Verhältnis zu den Umsatzerlösen entspricht dies einer Zunahme von 56 Pro

im Geschäftsjahr 2000 auf 86 Prozent im Berichtsjahr. Die relative Erhöhung der Umsatzkosten

schäftsjahr 2001 steht insbesondere in Zusammenhang mit niedrigeren DRAM-Verkaufspreisen, gek

pelt mit einem deutlich höheren Megabit-Volumen und Effekten aus Bestandsabwertungen in Höhe

von etwa 358 Mio. Euro sowie Kosten für ungenutzte Produktionskapazitäten.

Als prozentualer Anteil am Umsatz spiegeln sich in den Umsatzkosten folgende Entwicklungen wi

ein relativer Anstieg der Umsatzkosten im Geschäftsbereich Drahtlose Kommunikation vor allem

durch Leerkosten, den gestiegenen Preisdruck sowie Wertberichtigungen auf Vorräte.

ein relativer Anstieg der Umsatzkosten im Geschäftsbereich Drahtgebundene Kommunikation ins-

besondere aufgrund eines wesentlichen Volumenrückgangs in der zweiten Hälfte des Geschäftsj

res, gestiegene Fertigungskosten für Leerkapazitäten, Bestandsabwertungen sowie geringere U

ze mit Produkten mit hoher Gewinnmarge. Diese negativen Effekte konnten durch gestiegene Ab

im ersten Halbjahr nicht vollständig kompensiert werden.

im Verhältnis zum Umsatz nahezu konstante Umsatzkosten im Geschäftsbereich Automobil- und

Industrieelektronik. Die Kosten der Umstellung auf 200-Millimeter-Fertigungsprozesse konnte

durch Chipflächenreduktion, eine Fokussierung des Produktportfolios auf margenstarke Produk

sowie deutlich höhere Absatzvolumina nahezu vollständig kompensiert werden.

ein wesentlicher relativer Anstieg der Umsatzkosten im Geschäftsbereich Speicherprodukte. Po

ve Effekte aus einem im Vergleich zum Vorjahr deutlich höheren Absatzvolumen einerseits und

vollständigen Umstellung der Fertigung auf die 0,17-Mikrometer-Technologie andererseits wur

vor allem durch den Verfall der Speicherpreise sowie in Folge erforderlicher Wertberichtigu

auf Vorräte mehr als aufgezehrt.

ein relativer Anstieg der Umsatzkosten in unserem Geschäftsbereich Sicherheits- und Chipkart

ICs durch Wertberichtigungen auf Vorratsvermögen, Aufwendungen im Zusammenhang mit zeit-

weise ungenutzten Fertigungskapazitäten sowie ein gegen Ende des Berichtsjahres gestiegener

druck bei Chipkarten-ICs. Die positiven Effekte aus einem höheren Absatzvolumen wurden hier

in ihrer Wirkung deutlich abgeschwächt.

Infineon weist die Kosten für die Materialbezüge von den Gemeinschaftsfertigungen ProMOS und

ALTIS, einem Joint Venture mit IBM, unter Umsatzkosten aus. Die Bezüge von diesen Fertigungen

von assoziierten und verbundenen Unternehmen beliefen sich im Berichtsjahr 2001 auf 1 040 Mio

(Vorjahr: 1 183 Mio. Euro).

Die Abschreibungen betrugen 1 122 Mio. Euro im Berichtsjahr gegenüber 834 Mio. Euro im Geschä

jahr 2000. Dieser Anstieg reflektiert unsere fortlaufenden Investitionen in modernste Produkt

ten und Anlagen gegen Ende des Geschäftsjahres 2000 und während des Berichtsjahres.

Aufwendungen für Forschung und Entwicklung

Die Aufwendungen für Forschung und Entwicklung umfassen im Wesentlichen entwicklungsspezi-

fische Aufwendungen für Personal, Lizenzgebühren, Laboreinrichtungen und Software sowie Belic

tungsmasken und Halbleiter-Grundmaterial, das zur Entwicklung verwendet wird. Im Berichtsjahr

gen die Aufwendungen für Forschung und Entwicklung um 16 Prozent auf 1 189 Mio. Euro (Vorjahr

1 025 Mio. Euro). Die Aufwendungen für Forschung und Entwicklung beinhalten 69 Mio. Euro Auf-

wendungen für erworbene, nicht abgeschlossene Forschungs- und Entwicklungsprojekte unserer di

Akquisitionen.

Der überwiegende Teil der Aufwendungen für Forschung und Entwicklung wurde für die Entwicklun
neuer Produkte für die Zielmärkte von Infineon ausgegeben. Weitere Aufwendungen wurden vor al
für die Entwicklung universell in den Produkten einsetzbare Prozessorkerne, die Entwicklungs-
umgebung der Schaltungsentwickler und Bibliotheken mit Grundschaltungen eingesetzt. Prozentua
zu den Umsatzerlösen stiegen die Aufwendungen für Forschung und Entwicklung von 14 Prozent im
Geschäftsjahr 2000 auf 21 Prozent im Berichtsjahr. Der Anstieg der Aufwendungen für Forschung
Entwicklung im Verhältnis zu den Umsatzerlösen wurde durch folgende Entwicklungen verursacht:

einen relativen Anstieg der Aufwendungen für Forschung und Entwicklung des Geschäftsbereichs
Drahtlose Kommunikation im Verhältnis zu den Umsatzerlösen, hervorgerufen durch den absolut
Anstieg der Aufwendungen für zukünftige Anwendungen wie Bluetooth, GRPS und UMTS sowie
für System- und Software-Entwicklung bei gleichzeitig niedrigen Umsatzerlösen.

einen relativen Anstieg im Geschäftsbereich Drahtgebundene Kommunikation, im Wesentlichen be
dingt durch höhere Aufwendungen zur Entwicklung von VDSL/10BaseS-Zugangstechnologien und
andere Technologien zur schnellen Datenübertragung. Die Aufwendungen des Berichtsjahres bei
halten außerdem die Sofortabschreibung sich im Entwicklungsstadium befindlicher Forschungs-
und Entwicklungsprojekte im Zusammenhang mit dem Erwerb von Ardent Technologies und Catamar
in Höhe von 69 Mio. Euro.

geringere Aufwendungen für Forschung und Entwicklung des Geschäftsbereichs Automobil- und In
dustrieelektronik im Verhältnis zu den Umsatzerlösen im Wesentlichen aufgrund höherer Umsat
erlöse. Die Technologieentwicklung in diesem Geschäftsbereich konzentrierte sich auf Anwend
gen für fortschrittliche 32-bit-Architekturen wie zum Beispiel TriCore sowie auf Leistungsh
für Automobilanwendungen und Stromversorgungssysteme.

einen relativen Anstieg der Aufwendungen für Forschung und Entwicklung des Geschäftsbereichs
Speicherprodukte aufgrund niedrigerer Umsatzerlöse und wesentliche Entwicklungsleistungen b
spielsweise in den Bereichen RLDRAM für Netzwerke und Server sowie Mobile-RAM für Hochleist
einen relativen Rückgang der Aufwendungen für Forschung und Entwicklung im Geschäftsbereich
Sicherheits- und Chipkarten-ICs im Verhältnis zu den Umsatzerlösen aufgrund der im Vergleic
zum letzten Geschäftsjahr gestiegenen Umsätze. Schwerpunkte der Entwicklungstätigkeit lagen
dem Gebiet der 32-bit-Controller-Familie.

Für Forschungs- und Entwicklungsaktivitäten hat Infineon im Berichtsjahr Fördermittel der öff
lichen Hand in Höhe von 71 Mio. Euro erfolgswirksam vereinnahmt (Vorjahr: 41 Mio. Euro).

Vertriebskosten und allgemeine Verwaltungskosten

Diese Aufwendungen umfassen neben den Vertriebskosten auch die allgemeinen Verwaltungskosten.
Die Vertriebskosten und allgemeinen Verwaltungskosten stiegen im Berichtsjahr um 17 Prozent a
786 Mio. Euro (Vorjahr: 670 Mio. Euro). Der relative Anteil dieser Kosten an den Umsatzerlöse
te sich von 9 Prozent im Geschäftsjahr 2000 auf 14 Prozent im Berichtsjahr und reflektiert im
den Effekt der rückläufigen Umsatzerlöse.

Die Vertriebskosten beliefen sich im Berichtsjahr auf 451 Mio. Euro (Vorjahr: 387 Mio. Euro),
zum Umsatz entspricht dies einer Steigerung auf 8 Prozent (Vorjahr: 5 Prozent). Der Anstieg r
den Ausbau der Vertriebsorganisation insbesondere außerhalb Europas aufgrund der dort erwarte
Geschäftsausweitung. Umfangreichere Vertriebsaktivitäten im expandierenden Markt für Hoch-
geschwindigkeits-Internetzugänge trugen ebenfalls zu diesem relativen Anstieg bei.

Im Berichtsjahr wurden die Kompensationsverträge mit nahezu allen Vertriebsorganisationen von
mens neu abgeschlossen. Daraus resultierend sind in den Vertriebskosten jetzt Provisionen an
mens Vertriebsorganisationen enthalten. Zuvor hatten diese einen Rabatt auf die von uns berec
Produktpreise erhalten. Infineon hat auch einige Vertriebsgesellschaften von Siemens erworben
uns jetzt in den jeweiligen Märkten repräsentieren. Zusätzlich fielen auf Konzernebene höhere
für Marketing, Kampagnen zur Markenwerbung und Sponsoring an.

Die allgemeinen Verwaltungskosten umfassen in den Berichtszeiträumen Gemeinkosten wie Persona
aufwendungen und Beratungsaufwendungen sowie sonstige Verwaltungskosten. Die allgemeinen Ver-
waltungskosten stiegen im Berichtsjahr auf 6 Prozent im Verhältnis zu den Umsatzerlösen (Vorj
4 Prozent). Der Anstieg reflektiert den Umsatzrückgang im Berichtsjahr, höhere Personal- und
tungskosten im Zusammenhang mit verschiedenen Projekten sowie den Aufbau einer Infrastruktur
neue Gesellschaften in der Unternehmensgruppe.

Restrukturierung

Als Reaktion auf die weltweit anhaltende Schwäche des Technologiesektors hat der Infineon Vor
im letzten Quartal des Geschäftsjahres 2001 ein Restrukturierungs- und Kostensenkungsprogramm
abschiedet (Impact). Infineon wird ihren Einkauf und ihren Logistikprozess optimieren und die
ten für IT, Forschung und Entwicklung, Overhead sowie Produktion senken. Hierdurch sollen die

rative Produktivität sowie die gesamten Beschaffungs- und Auftragsabwicklungsprozesse verbess

werden. Die Gesellschaft beabsichtigt die Reduzierung der Belegschaft um circa 5 000 Mitarbei

weit. Bis zum 30. September 2001 wurden bereits circa 2 000 Auflösungsvereinbarungen getroffe

Im vierten Quartal des Geschäftsjahres 2001 sind im Rahmen des Impact-Projekts Umstrukturieru

aufwendungen in Höhe von 117 Mio. Euro angefallen. Diese Aufwendungen enthalten 57 Mio. Euro

Kündigungen von Arbeitsverhältnissen, 43 Mio. Euro im Zusammenhang mit der Aufgabe eines welt

weiten IT-Projekts (inklusive Aufwendungen in Höhe von 27 Mio. Euro für aktivierte Aufwendung

und 16 Mio. Euro sonstige Vertragskündigungskosten (im Wesentlichen Aufwendungen für Leasing-

vertragskündigungen und Wertberichtigungen). Alle Aktivitäten im Zusammenhang mit der Restruk

sollen bis zum 30. September 2002 abgeschlossen sein.

Infineon hat im vierten Quartal des Berichtsjahres 2001 zusätzlich 14 Mio. Euro Wertberichtig

Zusammenhang mit dem Erwerb von Ardent Technologies getätigt. Als Folge des dramatischen Rück

gangs im internetbasierten LAN-Switching-Markt wurde einem wesentlichen Teil der Mitarbeiter

Ardent Technologies gekündigt, ein Teil der erworbenen Technologie aufgegeben und die geplant

Forschungs- und Entwicklungsaufwendungen für das Ardent Technologies Geschäft reduziert. Auf-

grund der Reduzierung des erwarteten zukünftigen Cashflows wurden die verbleibenden immaterie

len Wirtschaftsgüter auf Basis einer Bewertung durch einen unabhängigen Dritten auf den gesch

Verkehrswert abgeschrieben.

Sonstige betriebliche Erträge, Saldo

Der Saldo der sonstigen betrieblichen Erträge in Höhe von 199 Mio. Euro enthält im Wesentli

Veräußerungsgewinne aus dem Verkauf des Image & Video-Geschäfts und des Infrarotkomponenten

Geschäfts in Höhe von 202 Mio. Euro und 26 Mio. Euro, hauptsächlich reduziert durch Firmenw

in Höhe von 23 Mio. Euro.

Ergebnis vor Zinsen und Steuern (EBIT)

Als Resultat auf die zuvor genannten Faktoren entstand im Berichtsjahr 2001 ein Verlust vor

und Steuern in Höhe von 1 024 Mio. Euro (Vorjahr: Gewinn vor Zinsen und Steuern in Höhe von

1 670 Mio. Euro).

Im Berichtsjahr reduzierten sich die Währungsgewinne auf 34 Mio. Euro gegenüber 184 Mio. Eu

Geschäftsjahr 2000. Ein bedeutender Anteil unserer Fertigungs-, Vertriebs-, Verwaltungs- so

schungs- und Entwicklungskosten entsteht originär nicht in Euro, sondern vorwiegend in US-D

und Japanischen Yen. Wechselkursschwankungen gegenüber dem Euro beeinflussen unsere Kosten

und Ergebnisse.

Anteiliges Ergebnis von nach der Equity-Methode konsolidierten Gesellschaften

Das anteilige Ergebnis von assoziierten Unternehmen wird überwiegend beim Geschäftsbereich

cherprodukte ausgewiesen. Das anteilige Ergebnis reduzierte sich im Berichtsjahr auf 25 Mio

(Vorjahr: 101 Mio. Euro). Die anteiligen Erträge aus dem Gemeinschaftsunternehmen ProMOS gi

aufgrund des rückläufigen Speichermarktes im Berichtsjahr auf 17 Mio. Euro zurück (Vorjahr:

81 Mio. Euro).

Zinsergebnis

Der Netto-Zinsaufwand stieg im Berichtsjahr auf 1 Mio. Euro (Vorjahr: 75 Mio. Euro Zinsertr

Zinsergebnis sind Zinszuschüsse für Finanzierungskosten in Höhe von 0,4 Mio. Euro (Vorjahr:

62 Mio. Euro) im Zusammenhang mit dem Bau von Fertigungsstätten enthalten. Der Zinsaufwand

aufgrund der höheren durchschnittlichen kurzfristigen Kreditinanspruchnahme, während das Ne

Zinsergebnis aufgrund von wesentlich niedrigeren Durchschnittsbeständen an Wertpapieren geg

dem Geschäftsjahr 2000 zurückging.

Steuern vom Einkommen und vom Ertrag

Für das Berichtsjahr weisen wir Erträge für Steuern vom Einkommen und vom Ertrag in Höhe vo

429 Mio. Euro gegenüber Aufwendungen in Höhe von 612 Mio. Euro im Geschäftsjahr 2000 aus. D

entspricht einer positiven Steuerquote von 42 Prozent (Vorjahr: minus 35 Prozent). Die Steu

2001 resultiert hauptsächlich aus Verlusten in Rechtsordnungen mit einem hohem Steuersatz u

gewerbesteuerfreien Verkauf von bestimmten Vermögensgegenständen. Die Steuerquote in 2000 r

tierte aus einem höheren zu versteuernden Einkommen in Rechtsordnungen mit niedrigeren Steu

zen. Zusätzlich verabschiedete der Gesetzgeber in Deutschland im Oktober 2000 wesentliche Ä

gen steuerlicher Regelungen. Neben weiteren Änderungen werden vor allem der Thesaurierungss

der Körperschaftsteuer von 40 Prozent und der Ausschüttungssatz von 30 Prozent auf einheitl

25 Prozent verringert. Für Infineon werden diese Änderungen im Wesentlichen erstmals in dem

30. September 2002 endenden Geschäftsjahr wirksam. Die Änderung der Gesetzgebung führte ber

im Berichtsjahr zu einer Minderung der Steueraufwendungen in Höhe von 28 Mio. Euro aufgrund

Anwendung der niedrigeren Steuersätze bei der Ermittlung der latenten Steuern.

Darstellung der Finanzlage

Cashflow

--------------------------------------------------------------------------------

Geschäftsjahr   zum   30

in Millionen

1999          2000

+

--------------------------------------------------------------------------------

| | 1999 | 2000 |
|---|---|---|
| Mittelzufluss aus  laufender Geschäftstätigkeit.............. | 469 | 2 08 |
| Mittelabfluss aus  Investitionstätigkeit..................... | (918) | (2 32 |
| Mittelzufluss aus  laufender Finanzierungstätigkeit......... | 465 | 71 |
| Zahlungsmittel   zum   Periodenende...................... | 30 | 51 |

Die Mittelzuflüsse aus laufender Geschäftstätigkeit gingen im Geschäftsjahr insbesondere au

des Konzernjahresfehlbetrags auf 211 Mio. Euro zurück (Vorjahr: 2 080 Mio. Euro). Darin wir

hohe, nicht zahlungswirksame Effekte wie der Anstieg der Abschreibungen auf 1 122 Mio. Euro

jahr: 834 Mio. Euro) und der Anstieg der latenten Steuern überwiegend durch die Aktivierung

Steuern auf Verlustvorträge im Netto-Umlaufvermögen. Zudem wirkte der Rückgang der Forderun

gegen Dritte um 671 Mio. Euro, der teilweise durch den Rückgang der Rückstellungen um

322 Mio. Euro, im Wesentlichen bedingt durch die Bezahlung der Ertragssteuern für das Gesch

2000, und den Anstieg der Verbindlichkeiten im Zusammenhang mit dem Ausbau der Fertigungsst

in Dresden, ausgeglichen wurde.

Mittelabflüsse aus Investitionstätigkeit beinhalten im Wesentlichen Investitionen in Sachan

Höhe von 2 282 Mio. Euro für den Ausbau der Fertigungsstätten in Dresden, Villach und Richm

Weiter investierte die Gesellschaft 214 Mio. Euro in Beteiligungen. Mittelzuflüsse aus Desi

gab es im Zusammenhang mit dem Verkauf von nichtstrategischen Geschäftseinheiten in Höhe vo

346 Mio. Euro und Wertpapieren in Höhe von 474 Mio. Euro.

Mittelzuflüsse aus Finanzierungstätigkeit betrugen im Geschäftsjahr 1 846 Mio. Euro (Vorjah

719 Mio. Euro). Der Gesellschaft flossen mit der Kapitalerhöhung im Juli 2001 netto 1 475 M

mit dem Verkauf unseres Anteils des Opto Joint Ventures an Osram GmbH, eine Siemens Gesells

565 Mio. Euro und durch die Erhöhung der langfristigen Finanzverbindlichkeiten 128 Mio. Eur

Mittelabflüsse entstanden hauptsächlich durch die Ausschüttung einer Dividende zum Geschäft

2000 im April 2001 in Höhe von 407 Mio. Euro. Der Bestand an Zahlungsmitteln veränderte sic

757 Mio. Euro (Vorjahr: 511 Mio. Euro).

Darstellung der Vermögenslage

Das bilanzierte Gesamtvermögen von Infineon erhöhte sich zum 30. September 2001 um 10 Proze

9 743 Mio. Euro (Vorjahr: 8 853 Mio. Euro).

Die Zahlungsmittel und Wertpapiere des Umlaufvermögens stiegen auf 757 Mio. Euro (Vorjahr:

511 Mio. Euro). Der Anstieg ist im Wesentlichen auf Abflüsse für Investitionen, ausgegliche

Zuflüsse aus unserer Kapitalerhöhung und Desinvestitionen, zurückzuführen. Vorräte stiegen

5 Prozent auf 882 Mio. Euro, insbesondere aufgrund unerwarteter Rückgänge im Umsatzvolumen.

Vorräte wurden durch Wertberichtigungen in Höhe von 358 Mio. Euro teilweise reduziert. Die

rungen gegen Dritte und verbundene Unternehmen reduzierten sich um 49 Prozent auf 927 Mio.

(Vorjahr: 1 825 Mio. Euro) aufgrund von Zahlungen und niedrigeren Umsätzen. Das Anlagevermö

wuchs um 37 Prozent auf 6 867 Mio. Euro (Vorjahr: 5 018 Mio. Euro), das überwiegend aus Sac

und Beteiligungen sowie latenten Steuern besteht.

Die Verbindlichkeiten reduzierten sich um 7 Prozent auf 2 843 Mio. Euro (Vorjahr: 3 046 Mio

Die Verbindlichkeiten aus Lieferungen und Leistungen erhöhten sich hauptsächlich im Zusamme

hang mit dem Ausbau der Fertigungsstätte in Dresden um 24 Prozent auf 1 050 Mio. Euro (Vorj

849 Mio. Euro). Zudem wurden die kurz- und langfristigen Finanzverbindlichkeiten um 102 Mio

auf 368 Mio. Euro erhöht. Weiterhin reduzierten sich die Rückstellungen um 41 Prozent auf

426 Mio. Euro (Vorjahr: 719 Mio. Euro), bedingt durch die Zahlung von Ertragssteuern aus de

2000.

Das Eigenkapital des Konzerns erhöhte sich im Geschäftsjahr um 19 Prozent auf 6 900 Mio. Euro

jahr: 5 806 Mio. Euro). Dies resultiert im Wesentlichen aus dem Zufluss aus der Kapitalerhöhu

Höhe von 1 475 Mio. Euro im Juli 2001, dem Veräußerungsgewinn aus dem Verkauf unserer Anteile

Opto Joint Ventures an die Osram GmbH in Höhe von 392 Mio. Euro, der Auszahlung der Dividende

Höhe von 407 Mio. Euro und dem Jahresfehlbetrag in Höhe von 591 Mio. Euro. Die Eigenkapitalqu

zum 30. September beträgt 71 Prozent (Vorjahr: 66 Prozent).

Net Cash - der Saldo aus Finanzforderungen (Zahlungsmittel, Wertpapiere des Umlaufvermögens u

als Sicherheiten hinterlegte Zahlungsmittel) und Finanzverbindlichkeiten (kurz- und langfrist

sich um 306 Mio. Euro auf 568 Mio. Euro (Vorjahr: 874 Mio. Euro).

Kapitalbedarf

Zur Verbesserung von Produktivität und Technologie an bestehenden Standorten beabsichtigt Inf
im Geschäftsjahr 2002, etwa 900 Mio. Euro zu investieren. Aufgrund des Zeitraums zwischen der
stellung und der Lieferung von Anlagen sind üblicherweise erhebliche Investitionsbeträge vora
gelegt. Etwa 650 Mio. Euro der erwarteten Investitionen sollen den Front-end- und Back-end-Fe
tigungsprozessen des Geschäftsbereichs Speicherprodukte, inklusive der Fertigungsstätte in Dr
zufließen. Die Gesellschaft plant weitere Investitionen in Höhe von 150 Mio. Euro in die Logi
Für die im Jahr 2000 begonnene Errichtung der Fertigungsstätte zur Herstellung von Halbleiter
300-Millimeter-Technologie in Dresden werden Investitionen in einer Höhe von insgesamt
1,4 Mrd. Euro veranschlagt. Weiterhin beabsichtigt die Gesellschaft die Umrüstung der bestehe
200-Millimeter Fertigungsstätte in Dresden auf die Herstellung von Logik-ICs. Dies wird bis z
2004 Investitionen in Höhe von über 500 Mio. Euro erfordern.

Als Gegenleistung für die Bareinlage in Höhe von circa 59 Mio. US-Dollar im April 2001 und di
pflichtung zur Einbringung unserer Technologien sowie Bareinlagen von insgesamt 481 Mio. US-D
über die nächsten zwei Jahre wird Infineon 30 Prozent der Anteile an dem UMCi Joint Venture e
Infineon hat im Oktober 2000 von Motorola deren Geschäftsanteile an dem Gemeinschaftsunterneh
men Semiconductor 300 GmbH (SC 300) erworben und anschließend neue Partner hierfür gewonnen.
Nach den Vereinbarungen mit den neuen Partnern haben diese jeweils das Recht, ihre Anteile an
neon zu veräußern, und Infineon hat das Recht, diese Anteile ab 2004 zu erwerben. Der von Inf
zu zahlende Erwerbspreis im Falle der Ausübung dieser Option würde dem von diesen Investoren
gezahlten Kapital zuzüglich einer Verzinsung entsprechen. Am 30. September 2001 hätte sich di
Betrag auf rund 196 Mio. Euro belaufen.

Zum 30. September 2001 wies Infineon Finanzverbindlichkeiten in Höhe von 119 Mio. Euro aus, d
nerhalb eines Jahres fällig werden. Wir gehen davon aus, dass wir in der Lage sein werden, di
nanzverbindlichkeiten aus vorhandenen Zahlungsmitteln, Mittelzuflüssen aus laufender Geschäft
tätigkeit und Anleihen sowie durch Ablösung der Finanzverbindlichkeiten im üblichen Geschäfts
zurückzahlen zu können.

Vor der Gründung der Gesellschaft als juristische Person erfolgte unsere nicht-operative Fina
des Geschäftsbetriebs durch Siemens. Siemens hat angekündigt, nach dem 1. Oktober 1999 keine
teren Einlagen oder sonstigen Finanzmittel bereitzustellen. Infineon muss sich nunmehr eigene

zierungsquellen erschließen. Im April 2001 hat Siemens eine Ausnahme von diesem Grundsatz gemacht und Infineon ein Darlehen mit kurzer Laufzeit in Höhe von 450 Mio. Euro für die Zahlung Dividende gewährt, welches im September 2001 zurückbezahlt wurde.

Die Gesellschaft hat unabhängige kurz- und langfristige Kreditlinien mit mehreren Finanzinsti den zu erwartenden Finanzierungsbedarf vereinbart. Diese Kreditlinien (inklusive der revolvie Mehrwährungskreditlinie über 729 Mio. Euro) haben eine Höhe von 1 733 Mio. Euro, 1 576 Mio. E davon waren zum 30. September 2001 verfügbar und bestehen aus folgenden drei Gruppen: Die ers Gruppe besteht aus zugesicherten kurzfristigen Kreditlinien von Kreditinstituten zur Finanzie Netto-Umlaufvermögens, Garantien und des Cash Pooling in Höhe von 937 Mio. Euro, von denen 842 Mio. Euro am 30. September ungenutzt zur Verfügung standen. Die zweite Gruppe der Kreditl beinhaltet nicht verbindlich zugesagte, kurzfristige Kreditlinien in Höhe von 329 Mio. Euro z 30. September 2001 zur Betriebsmittelfinanzierung. Die dritte Gruppe beinhaltet langfristige, lich zugesagte Kreditlinien von Finanzinstituten zur Finanzierung des Netto-Umlaufvermögens u zur Projektfinanzierung in Höhe von 467 Mio. Euro. Zum 30. September waren hiervon noch 405 Mio. Euro verfügbar.

Im März 2001 hat die Gesellschaft einen Mandatsvertrag mit einem Kreditinstitut zum Abschluss Kreditlinie mit einem Bankenkonsortium über 450 Mio. Euro vereinbart. Die Kreditlinie soll de zierung der 300-Millimeter-Fertigungsstätte in Dresden dienen. Infineon geht davon aus, dass ditlinie teilweise von öffentlichen Stellen durch Garantien unterstützt wird und Restriktione sis bestimmter Bilanzrelationen unterliegt. Die Gesellschaft hat hierzu schriftliche Zusagen tiegeber und der Finanzinstitute erhalten. Der Abschluss dieser Kreditlinien verlangt noch ei denstellende Dokumentation für die Kreditinstitute sowie die üblichen Abschlussprozeduren.

Die Gesellschaft hat mit einem Bankenkonsortium eine revolvierende Mehrwährungskreditlinie üb 729 Mio. Euro. Die Kreditlinie ist in zwei Tranchen aufgeteilt. Die erste Tranche über 375 Mi läuft bis März 2004. Die zweite Tranche über 354 Mio. Euro läuft bis März 2002. Die Tranchen u. a. in Euro oder US-Dollar gezogen werden. Die variable Verzinsung orientiert sich an einem blen Referenzsatz zuzüglich einer Marge. Diese Marge wird von der Höhe der Inanspruchnahme de Kreditlinie sowie dem Niveau der Finanzverbindlichkeiten im Verhältnis zum Ergebnis vor Zinse Steuern und Abschreibungen ("Senior Debt Ratio") bestimmt. Zum 30. September 2001 wurde die K nicht in Anspruch genommen.

Für diese Kreditlinie wurden verschiedene Verpflichtungen und Bedingungen vereinbart, u. a. d
haltung eines "Minimum Tangible Net Worth", einer bestimmten "Senior Debt Ratio" und eines be
stimmten Zinsdeckungsgrades. Die Gesellschaft hat bis zum 31. Dezember eine Aussetzung bezügl
der Einhaltung bestimmter zugesicherter Bilanzrelationen im Zusammenhang mit der revolvierend
Mehrwährungskreditlinie erhalten. Die Gesellschaft und das Bankenkonsortium verhandeln gegenw
tig über eine Änderung der zugesicherten Bilanzrelationen und über die Erweiterung der 354 Mi
Kreditlinie, die im März 2002 ausläuft. Es kann nicht gewährleistet werden, dass die Verhandl
folgreich abgeschlossen werden. Demzufolge kann es sein, dass die Gesellschaft die Mehrwährun
kreditlinie nach dem 31. Dezember 2001 nicht in Anspruch nehmen kann, bis die Verhandlungen ü
die Erweiterung der zugesicherten Bilanzrelationen erfolgreich abgeschlossen sind.

Nach Planungen der Gesellschaft soll die Finanzierung des Netto-Umlaufvermögens und des übrig
Finanzierungsbedarfs teilweise aus Mittelzuflüssen aus der laufenden Geschäftstätigkeit, der
spruchnahme von Kreditlinien, Fördermitteln der öffentlichen Hand und abhängig von Marktbedin
gungen durch Aufnahme von Fremdkapital am öffentlichen Kapitalmarkt oder an Eigenkapital gebu
dene Instrumente erfolgen. Die Gesellschaft hat auch Fördermittel der öffentlichen Hand im Zu
menhang mit bestimmten Investitionsprojekten beantragt, kann jedoch nicht garantieren, dass d
tel überhaupt oder rechtzeitig genehmigt werden. Infineon kann auch nicht garantieren, dass d
ternehmen in der Lage sein wird, die zusätzlich benötigten Finanzmittel für Forschung und Ent
lung, zur Finanzierung des Netto-Umlaufvermögens oder für Investitionen im Allgemeinen bzw. z
günstigen Konditionen beschaffen zu können.

Im Zuge der Gründung der Gesellschaft hat Infineon Siemens von den Risiken einer geringen Anz
ehemals von Siemens für den Halbleiterbereich geleisteter Garantie- und Finanzverpflichtungen
schaftlich freigestellt. Hierbei handelt es sich um einzelne Vertragsverhältnisse, die zwar I
treffen, jedoch aufgrund von gesetzlichen, abwicklungstechnischen oder Praktikabilitätsgründe
auf Infineon übertragen oder beendet werden konnten. Zum 30. September 2001 entsprach dies ei
Betrag in Höhe von 313 Mio. Euro, hauptsächlich für eine Rückhaftungserklärung im Zusammenhan
mit bereits erhaltenen Fördermitteln der öffentliche Hand.

Die Siemens AG hat eine Zahlungsgarantie in Höhe von 145 Mio. US-Dollar für ProMOS Technolo
gegeben. Infineon hat diesbezüglich gegenüber Siemens eine Rückgarantie abgegeben. ProMOS p
gegenwärtig Maßnahmen, inklusive der Vorbereitung von Kapitalmarktmaßnahmen, zur Finanzieru

ihrer Investitionen und Refinanzierung der Verbindlichkeiten. Der Abschluss dieser Maßnahme

könnte aufgrund dieser Garantie zu einer Realisierung von Umsatzerlösen führen. Wir können

keine Zusicherung über den Abschluss dieser geplanten Maßnahmen machen.

Am 7. September 2001 hat ALTIS eine Zwischenfinanzierung bis 28. Dezember 2001 über 450 Mio

mit Kreditinstituten abgeschlossen, wovon zum 30. September 2001 370 Mio. Euro in Anspruch

men wurden. ALTIS verhandelt derzeit mit einem Bankenkonsortium bezüglich der Ablösung der

schenfinanzierung vor dem Ablaufdatum. IBM und Infineon, die beiden Eigentümer von ALTIS, h

jeweils zur Hälfte die komplette Rückzahlung zugesichert, falls die Refinanzierung nicht bi

28. Dezember 2001 abgeschlossen ist. Demnach bestand zum 30. September 2001 eine Verpflicht

Höhe von 185 000 Euro seitens Infineon. Es kann nicht garantiert werden, dass die Refinanzi

abgeschlossen werden kann.

Mitarbeiter

Die folgende Übersicht zeigt die Zusammensetzung unserer Belegschaft jeweils zum 30. Septem

genannten Geschäftsjahre. Die Zahlen aus dem Geschäftsjahr 2001 spiegeln das Resultat unser

Personalkürzungen nur bis zum 30. September 2001 wider:

| | 30. Septe | |
|---|---|---|
| | 1999 | 2000 |
| + | | |
| Deutschland............................................ | 12853 | 14 |
| Übriges  Europa........................................ | 2842 | 3 |
| USA.................................................... | 2563 | 2 |
| Asien/Pazifik.......................................... | 7521 | 8 |
| Übrige................................................. | – | |
| Total.................................................. | 25779 | 29 |
| Produktion(1).......................................... | n/a | 20 |
| Forschung   und Entwicklung(1)......................... | n/a | 4 |

```
Vertrieb und  Marketing(1)....................................        n/a        2

Verwaltung(1)..........................................        n/a        2

                                                       ------------------

Total..................................................      25779       29

                                                       ------------------
```

--------------

(1)Mitarbeiterzahlen nach Funktionen werden erst seit unserer Gründung als selbstständiges U

Umweltbericht

Die Herstellung mikroelektronischer Bauteile erfolgt in unseren modernen Fertigungen durch

xe und technisch anspruchsvolle Prozesse. Dabei verwenden wir modernstes Equipment und neue

Produktionstechnologien. Schon in der Planungsphase beim Prozessdesign und der Layout-Gesta

unserer Fertigungen berücsichtigen wir ergonomische bzw. sicherheitstechnische Aspekte und

weltfreundliche Verfahren. Nur ein solch konsequentes Vorgehen lässt die nachhaltige Verbes

des Umweltbeitrags unseres Unternehmens für Mensch und Umwelt erkennen.

Im Rahmen unserer Produktverantwortung stellt sich Infineon proaktiv den sich ändernden ges

chen Vorgaben. In Absprache mit unseren Kunden wird Infineon die Produktion und Lieferung b

freier Bauelemente bereits im Januar 2004, und somit deutlich früher als gesetzlich geforde

Seit 1999 werden weltweit alle Fertigungsstandorte in die Zertifizierung nach dem Umweltsta

DIN EN ISO 14001 eingebunden. Neu hinzugekommene Fertigungsstandorte werden in das Umwelt-

managementsystem integriert. Wir wollen nicht nur in der Fertigung von Halbleitern Meilenst

zen, sondern auch in der Umsetzung von Arbeits- und Umweltschutzkonzepten. Bereits vor der

rahmenkonferenz in Kyoto im Dezember 1997 haben wir ab 1995 in den neuen Fertigungsstandort

gonnen, prozesstechnische Maßnahmen zur Reduzierung von Treibhausgasen zu ergreifen und tra

damit maßgeblich zur Minimierung globaler Umweltauswirkungen bei.

Campeon

Infineon befindet sich derzeit in der Entwurfs- und Planungsphase für die Errichtung einer

zernzentrale in der Nähe von München. Die Gesellschaft hat mit der Moto Objekt Campeon KG (

eine Finanzierungs- und Errichtungsvereinbarung getroffen. Moto wird demnach die Finanzieru

Errichtung einer Konzernzentrale und eines Forschungs- und Entwicklungszentrums im Campus-S

in einem Vorort von München übernehmen. Infineon wird den Komplex im Rahmen einer Operating

Lease Vereinbarung anmieten und gegen Ende 2003 beziehen können. Die Gesellschaft kann nich

dass dieses Projekt vollendet wird.

Wesentliche Ereignisse nach dem Bilanzstichtag

Am 28. November hat die Europäische Kommission eine Untersuchung angekündigt, in der unters

werden soll, ob die bei der Bundesrepublik Deutschland und anderen öffentlichen Körperschaf

antragten und bis heute noch nicht ausgezahlten Zuschüsse und Zulagen (in Höhe von 219 Mio.

für die Erweiterung der Fertigungsstätte in Dresden geltenden EU-Richtlinien entsprechen. D

schaft bilanziert solche Zuschüsse erst, wenn sie erhalten werden. Infineon ist der Meinung

Antrag auf diese Zuschüsse bewilligt werden wird und der Ausgang der Untersuchung keinen we

lichen Einfluss auf die Vermögens-, Finanz- und Ertragslage der Gesellschaft haben wird.

Bis zum 29. November 2001 hat die Gesellschaft schriftliche Bestätigungen für eine Kreditli

450 Mio. Euro für den Ausbau der Fertigungsstätte am Standort Dresden erhalten und der Doku

tion zugestimmt. Die Kreditlinie ist teilweise von der Bundesrepublik Deutschland und einer

öffentlichen Körperschaft gesichert. Die Gesellschaft glaubt nicht, dass diese Garantie von

genannten Untersuchung der Europäischen Kommission betroffen sein wird. Die Finanzmittel au

Kreditlinie werden für Vorleistungen der Gesellschaft im Zusammenhang mit dem Aufbau der ne

300-Millimeter-Fertigungsstätte in Dresden verwendet. Die Kreditlinie enthält bestimmte Res

bezüglich der Bilanzrelationen, sieht jährliche Zinszahlungen vor und ist am 30. September

Die Kreditlinie verlangt noch die üblichen Abschlussprozeduren.

Am 29. November 2001 hat die Gesellschaft schriftliche Bestätigungen über eine 580 Mio. Eur

linie von dem Bankenkonsortium, das an der bestehenden revolvierenden Kreditlinie (siehe An

kung 17) beteiligt ist, erhalten, in der es die Änderung zur Kreditlinie genehmigt. Die Änd

tert die Laufzeit der kurzfristigen Tranche der Kreditlinie (vorher 354 Mio. Euro) von März

November 2002. Des weiteren werden mit der Änderung die zugesicherten Bilanzrelationen korr

Die Änderung verlangt noch eine zufriedenstellende Dokumentation für die Kreditinstitute so

üblichen Abschlussprozeduren. Infineon ist ferner mit den verbleibenden Finanzinstituten de

henden Konsortiums in Verhandlung und wird, wenn notwendig, mit zusätzlichen Finanzinstitut

Verhandlung treten, um die Kreditlinie auf die ursprünglichen 750 Mio. Euro zu erhöhen.

### Risiken und Chancen

Das Halbleitergeschäft ist gekennzeichnet durch eine hohe Zyklizität und bietet daher sowoh

Chancen als auch Risiken. Obwohl die Chip-Branche in den letzten zwanzig Jahren eine durchs
liche jährliche Wachstumsrate weit über den "Old Economy"-Branchen hatte, umfasst dieser Du
schnitt sowohl extrem starke Wachstums- als auch Rezessionsjahre. Ergänzt wird diese Risiko
durch den sehr hohen Investitionsbedarf zur Absicherung der Marktstellung sowie des außeror
lich schnellen technologischen Wandels. Der Nachfrageeinbruch bei Produkten und Dienstleist
des Technologiesektors in 2001 - insbesondere bei Halbleitern - und der dadurch verursachte
auf die Aktienkurse der Technologiefirmen veranschaulichen das Ausmaß der Volatilität in de

Das Risiko- und Chancenmanagementsystem von Infineon

Wir haben ein unternehmensweites Risiko- und Chancenmanagementsystem installiert, das uns i
Lage versetzt, sowohl die sich aus dem Markt heraus ergebenden Chancen als auch die mit ihr
setzung verbundenen Risiken zu antizipieren bzw. zu identifizieren. Dieses System, das alle
umfasst, ist vom Abschlussprüfer geprüft worden. Dieser Ansatz und die zugehörige Berichter
gibt der Unternehmensleitung die Möglichkeit, schnell und effektiv zu handeln. Im September
wurden wir mit dem "2001 European Risk Management Award" für unser unternehmensweites Risik
und Chancenmanagementsystem ausgezeichnet.

Dieses System, für das ein US-Patent beantragt wurde, ist ein Schlüsselelement unserer Betr
täten. Das System basiert auf einem individuellen Monitoring, unterstützt durch entsprechen
nagementprozesse und ist in unsere Kern-Aktivitäten integriert. Es beginnt bei der strategi
nung und setzt sich über die Fertigung und den Vertrieb, einschließlich des Forderungsmanag
fort. Als eine Erweiterung des Planungs-Prozesses in den Geschäftsbereichen, der Vertriebso
on, dem Fertigungs-Cluster und den Zentralbereichen dient das Risiko- und Chancenmanagement
tem zur Identifikation und Bewertung möglicher Abweichungen von erwarteten Entwicklungen. N
der Identifikation und Bewertung von wesentlichen Entwicklungen, die unser Geschäft beeinfl
können, wird das System auch herangezogen, um Aktivitäten zu priorisieren und zu implementi
um Chancen besser zu nutzen und Risiken zu reduzieren.

Die Geschäftseinheiten erstellen auf regelmäßiger Basis Risiken- und Chancenberichte, die d
des Risiko- und Chancenmanagementsystems darstellen. Die Berichte werden von den Chief Oper
Decision Makers bewertet und sind daher Teil des monatlichen Prozesses. Im Zusammenhang mit
Markt- und Wettbewerberanalysen sowie Benchmark-Untersuchungen werden diese Berichte vom
Topmanagement als Entscheidungsgrundlage herangezogen.

Wir haben eine Anzahl von Maßnahmen zur Minimierung der Auswirkungen, der aus den jeweilige

Betriebstätigkeiten resultierenden Hauptrisiken, umgesetzt. Anstrengungen zur Implementieru

Maßnahmen zur Risikoreduktion sind ein integraler Bestandteil des Infineon Risiko- und Chan

nagementsystems. Allerdings können nicht alle der oben erwähnten Risiken gleichmäßig mit in

Maßnahmen adressiert werden, da viele der identifizierten Risiken, wie z. B. Marktrisiken,

sachen haben. Obgleich wir danach streben, wirksame Maßnahmen zur Behandlung von Risiken zu

identifizieren und umzusetzen, kann es vorkommen, dass einzelne Maßnahmen nicht den gewünsc

ten Effekt haben, zum einen, weil das Risiko außerhalb unseres originären Einflussbereichs

zum anderen, weil spezifische Maßnahmen nicht richtig konzipiert bzw. umgesetzt werden.

Gegen Produktrisiken haben wir ein Netz von Qualitätskontrollen eingerichtet, in das auch d

tigsten Lieferanten einbezogen sind. Alle Standorte sind nach der Norm ISO 9000 bzw. QS 900

Wir schützen uns mit Versicherungen weitgehend gegen Auswirkungen von Haftungsrisiken oder

Schadensfällen auf die Vermögens-, Finanz- und Ertragslage.

Steuerliche, wettbewerbs-, patent-, umwelt- und börsenrechtliche Regelungen können ebenso U

nehmensrisiken beinhalten. Die Gesellschaft lässt sich deshalb umfassend von internen und e

Fachleuten beraten.

Marktrisiken

Die folgenden Erläuterungen sollten auch im Zusammenhang mit den Anmerkungen Nr. 2, 28 und

des Anhangs zum Konzernabschluss gelesen werden.

Fremdwährungsmanagement

Die folgende Aufstellung zeigt die wesentlichen derivativen Finanzinstrumente zum 30. Septe

2001, die von den Veränderungen der Fremdwährungs-Wechselkurse beeinflusst werden. Für Frem

währungs-Termin- und Optionsgeschäfte hinsichtlich bestimmter Verkaufs- und Kauftransaktion

wie der Zahlungsverpflichtung aus Verbindlichkeiten in Fremdwährungen zeigt die Tabelle nom

Beträge und die gewogenen Mittelwerte der vertraglich festgelegten Fremdwährungskurse. Die

30. September 2001 existierenden Fremdwährungs-Termin- und Optionsgeschäfte hatten eine Lau

bis zu einem Jahr. Unser währungsübergreifender Zinsswap läuft 2005 aus. Infineon handelt u

nicht mit derivaten Finanzinstrumenten.

Die Geschäftspolitik von Infineon zur Begrenzung von kurzfristigen Fremdwährungsrisiken ist

75 Prozent des erwarteten Netto-Risikos auf einen Zeitraum von mindestens 3 Monaten gesiche

den. Ein Teil des Fremdwährungsrisikos in Höhe des Unterschieds zwischen den tatsächlichen

den erwarteten Beträgen bleibt bestehen. Infineon berechnet dieses Netto-Risiko auf Basis d

flusses unter Berücksichtigung von Bilanzpositionen, eingegangenen oder vergebenen Aufträge

allen anderen geplanten und vergebenen Einnahmen und Ausgaben.

Derivative Finanzinstrumente

---

| | Kontraktsumme Kauf/Verkauf | Durchschnitt- licher vertrag- licher Devisen- terminkurs |
|---|---|---|

+

---

| | | (EUR äquivalent in Tausend, Annahme für durchschnittliche vertragliche Devisenterminkurse) |
|---|---|---|

Fremdwährungs-Termingeschäfte

| | Kontraktsumme Kauf/Verkauf | Durchschnittlicher Devisenterminkurs |
|---|---|---|
| US-Dollar................................. | 261 228 | 0,89322 |
| US-Dollar................................. | (1 377 152) | 0,87790 |
| Japanische  Yen........................... | 43 989 | 106,71539 |
| Japanische  Yen........................... | (136  187) | 103,49220 |
| Singapur  Dollar.......................... | 25 797 | 1,59501 |
| Britische Pfund Sterling.................. | 6 619 | 0,61772 |
| Britische Pfund Sterling.................. | (6 780) | 0,60313 |
| Sonstige  Währungen....................... | 64 382 | n/a |

Währungsübergreifende     Zinsswaps

| | | |
|---|---|---|
| US-Dollar................................. | 615 950 | n/a |

Der vom Financial Accounting Standards Board veröffentlichte SFAS Nr. 133 "Bilanzierung von d

tiven Finanzinstrumenten und Sicherungsgeschäften" wird seit dem 1. Oktober 2000 von Infineon

gewandt. Gemäß SFAS Nr. 133 müssen derivative Finanzinstrumente zum Marktwert bilanziert wer-

den. Unterschiede aus der Marktbewertung sind abhängig davon auszuweisen, ob das Instrument B

standteil eines Sicherungsgeschäfts ist und welche Art des Sicherungsgeschäfts vorliegt. Übli

se fallen die Sicherungen von Infineon nicht unter die Regelungen von SFAS Nr. 133. Die Umset

von SFAS Nr. 133 hatte keinen materiellen Einfluss auf die Vermögens-, Finanz- und Ertragslag

Gesellschaft, da aufgrund der Sicherungsstrategie alle derivativen Finanzinstrumente mit den

werten in den Konzernfinanzdaten erfasst sind. Die Wertveränderungen sind in den Konzern-Gewi

und Verlustrechnungen erfasst.

Management des Zinsrisikos

Das Zinsrisiko von Infineon resultiert im Wesentlichen aus Kreditaufnahmen. Im Berichtsjahr w

die wesentlichen Kreditaufnahmen durch Aktiva mit der gleichen Laufzeit und dem gleichen Zins

wirtschaftlich gesichert. Das Zinsrisiko von Infineon war somit auf die sonstigen Kreditaufna

geringer Höhe und kurzen Laufzeiten begrenzt. Der Buchwert dieser sonstigen Kreditaufnahmen e

spricht in etwa ihrem Marktwert, da die Zinssätze denen entsprechen, die in dem relevanten Ma

zielt werden können. Ein deutlicher Anstieg der Zinssätze könnte künftige Zinsaufwendungen er

und dadurch zu erhöhten Kosten der Finanzierung für Investitionen führen.

Materialpreisrisiken

Die Gesellschaft ist Materialpreisrisiken ausgesetzt. Infineon versucht diese Risiken durch i

kaufsstrategien und durch Einsatz geeigneter Instrumente zu minimieren. Infineon setzt keine

Finanzinstrumente zur Vermeidung von Restrisiken aus Preisschwankungen ein.

Infineon Technologies AG

Die Infineon Technologies AG ist die Führungsgesellschaft des Infineon Konzerns und führt die

sprechenden Leitungs- und Zentralfunktionen aus. Die Infineon Technologies AG übernimmt wesen

liche übergreifende Aufgaben wie das konzernweite Finanz- und Rechnungswesen, Personalwesen,

strategische und produktionsorientierte Forschungs- und Entwicklungsaktivitäten sowie die wel

Unternehmens- und Marketingkommunikation und steuert die logistischen Prozesse im Konzern. Di

Infineon Technologies AG verfügt über eigene Fertigungen in Berlin, München und Regensburg.

Die Infineon Technologies AG stellt ihren Jahresabschluss nach den Regeln des HGB auf.

Die Umsatzerlöse gingen auf 6 697 Mio. Euro (Vorjahr: 7 626 Mio. Euro) zurück; es wird ein Ja

betrag von 435 Mio. Euro ausgewiesen (Vorjahr: Jahresüberschuss 520 Mio. Euro). Aufgrund der

triebsbedingten Abrechnungsstruktur im Infineon Konzern mit der Infineon Technologies AG als V

rechnungs-Drehscheibe für die Lieferungen und Leistungen der produzierenden und vertreibenden

Tochtergesellschaften weist die Muttergesellschaft höhere Umsätze aus als der Konzern.

Die Vermögens- und Finanzlage ist einerseits geprägt durch den deutlichen Anstieg des Anlagev

mögens sowie durch den Rückgang der Lieferungs- und Leistungsforderungen infolge des starken

schäftsrückgangs. Das Eigenkapital ist überwiegend aufgrund der Kapitalerhöhung auf 7 259 Mio

gestiegen (Vorjahr: 6 276 Mio. Euro). Daraus ergibt sich eine Eigenkapitalquote von 81 Prozen

75 Prozent).

Dividende

Die Hauptversammlung hat am 6. April 2001 die Ausschüttung einer Dividende von je 0,65 Euro a

den Namen laufender Stückaktien für das Geschäftsjahr 2000 beschlossen. Insgesamt wurde ein B

von 407 Mio. Euro ausgeschüttet.

Der Vorstand schlägt vor, den Bilanzverlust aus dem Geschäftsjahr 2001 auf neue Rechnung vorz

Bericht über Beziehungen zu verbundenen Unternehmen

Da Siemens AG und Siemens Nederland N.V. zum Ende des abgelaufenen Geschäftsjahres 50,4 Proze

und der Siemens Pensions-Fond e.V. 13,5 Prozent des Grundkapitals der Infineon Technologies A

halten und ein Gewinnabführungs- und Beherrschungsvertrag zwischen Infineon und Siemens nicht

besteht, hat der Vorstand der Infineon Technologies AG gemäß § 312 Aktiengesetz einen Bericht

die Beziehungen zu verbundenen Unternehmen zu erstellen, den sogenannten Abhängigkeitsbericht

Im Abhängigkeitsbericht wird erklärt, dass die Infineon Technologies AG bei allen Rechtsgesch

und allen Maßnahmen mit verbundenen Unternehmen nach den Umständen, die zu dem Zeitpunkt be-

kannt waren, zu dem die Rechtsgeschäfte vorgenommen oder die Maßnahmen getroffen oder unterla

sen wurden, eine angemessene Gegenleistung erhalten hat und dadurch, dass die Maßnahme getrof

oder unterlassen wurde, nicht benachteiligt worden ist.

Der Abhängigkeitsbericht ist vom Abschlussprüfer geprüft und mit einem uneingeschränkten Best

versehen worden.

Ausblick

Ausgehend von dem starken Einbruch des Halbleitermarktes im Geschäftsjahr 2001, werden die Ma

bedingungen in Anbetracht der gebremsten US-Konjunktur und der weltweiten Auswirkungen der Te

im September 2001 weiterhin angespannt bleiben.

Die Marktentwicklung der nächsten sechs Monate wird hiervon beeinflusst und bleibt weiterhin schwer prognostizierbar. Die allgemeine Produktnachfrage, die Schärfe des Wettbewerbs in eine reits wettbewerbsstarken Umfeld, der anhaltende Preisdruck und ungenutzte Produktionskapazitä werden hiervon ebenfalls negativ beeinflusst.

Obwohl die unsichere Weltwirtschaftslage und die derzeitigen Marktbedingungen es erschweren, Ergebnisse des Geschäftsjahres zu prognostizieren, erwarten führende Marktforschungsanalysten zeit ein moderates einstelliges Industriewachstum für 2002. In Hinblick auf das schwierige Um Halbleitermarkt und in Zeiten, in denen die Verkaufspreise für Speicherprodukte auf dem derze niedrigen Niveau verbleiben und die widrige Wirtschaftslage anhält, erwarten wir weiterhin op Verluste. Durch die Kombination der erfolgreichen Implementierung unseres Restrukturierungspr gramms Impact, der Verringerung unserer geplanten Investitionsvorhaben, vorhandener Finanzie- rungsmöglichkeiten, als auch fortlaufender Verkäufe von Unternehmensteilen, die nicht zu unse Kernaktivitäten zählen, gehen wir davon aus, dass durch unsere ausreichende Liquidität und un nanzielle Flexibilität die Effekte der gegenwärtigen Marktsituation aufgefangen werden können den eingeleiteten Maßnahmen zur Produktivitätssteigerung und mit den Vorteilen unserer wett- bewerbsfähigen Technologie sind wir gut positioniert, um von einem Aufschwung profitieren zu können.

München, im November 2001

Der Vorstand

Konzern-Gewinn- und -Verlustrechnungen

für die am 30. September 1999, 2000 und 2001

endenden Geschäftsjahre

Infineon Technologies AG

---------------------------------------------------------------------------

| noch: Konzern-Gewinn-   und | An- | 1999 | 2000 |
| -Verlustrechnungen | merkung | (Tausend   Euro) | (Tausend   Euro)   ( |
| + | | | |

---------------------------------------------------------------------------

Umsatzerlöse

aus Lieferungen   und Leistungen

| | | |
|---|---|---|
| an Dritte............................ | 3 163 259 | 6 071 983 |
| aus Lieferungen   und Leistungen | | |
| an verbundene   Unternehmen........ | 1 074 034 | 1 210 615 |
| | ------------------------------------ | |
| Umsatzerlöse   gesamt................. | 4 237 293 | 7 282 598 |
| | ------------------------------------ | |
| Umsatzkosten....................... | 3 010 643 | 4 110 402 |
| Bruttoergebnis  vom  Umsatz........... | 1 226 650 | 3 172 196 |
| Forschungs-  und  Entwicklungskosten.... | 738 590 | 1 025 378 |
| Vertriebskosten  und  allgemeine | | |
| Verwaltungskosten................... | 550 547 | 669 828 |
| Aufwendungen    für Umstrukturierungs- | | |
| maßnahmen......................... (23) | – | – |
| Sonstige  betriebliche Aufwendungen | | |
| (Erträge), Saldo.................... | 1 893 | (1 538) |
| Betriebsergebnis..................... | (64 380) | 1 478 528 |
| Zinsergebnis,  saldiert mit Zuschüssen... | 43 383 | 74 689 |
| Anteiliger Jahresüberschuss  von nach | | |
| der Equity-Methode  konsolidierten | | |
| Gesellschaften....................... | 33 763 | 101 303 |
| Erträge aus der Realisierung  von Wertsteigerungen | | |
| durch  Kapitalerhöhung | | |
| bei assoziierten Unternehmen......... (11) | – | 53 425 |
| Sonstige  Erträge (Saldo).............. | 17 576 | 36 252 |
| Auf konzernfremde   Gesellschafter | | |
| entfallende Ergebnisanteile............ | 185 | (6 143) |
| Ergebnis  vor Steuern vom   Einkommen | | |
| und  vom  Ertrag..................... | 30 527 | 1 738 054 |
| Erträge (Aufwendungen)    aus Steuern | | |
| vom  Einkommen    und  vom  Ertrag........ (19) | 30 109 | (612 469) |

----------------------------------------

Konzernjahresüberschuss      (-fehlbetrag)..          60 636      1 125 585

----------------------------------------

Konzernjahresüberschuss      (-fehlbetrag)

pro Aktie                                    (6)

   Unverwässert   und   verwässert........          0,10        1,83

----------------------------------------

Siehe auch die beigefügten Erläuterungen zu den Konzernabschlüssen.

Die in Euro ausgewiesenen Beträge sind für das Geschäftsjahr 1999 mit dem Umrechnungskurs v

1. Januar 1999 von DEM in Euro umgerechnet worden (siehe Anmerkung 2).

Konzernbilanzen zum 30. Sep

Infin

----------------------------------------------------------------------------

----------------------------------------------------------------------------

Aktiva

|  | An- | 2000 |  |
|---|---|---|---|
| noch: Aktiva | merkung | (Tausend  Euro) | ( |
| + | | | |

----------------------------------------------------------------------------

Umlaufvermögen:

| | | |
|---|---|---|
| Zahlungsmittel.................................. | | 510 814 |
| Wertpapiere   des Umlaufvermögens................. | (7) | 497 712 |
| Forderungen   gegen   Dritte.......................... | (8) | 1 385 818 |
| Forderungen   gegen   verbundene   Unternehmen........ | (18) | 439 125 |
| Vorräte........................................ | (9) | 840 814 |
| Aktive  kurzfristige latente Steuern................. | (19) | 100 407 |
| Sonstige  kurzfristige Vermögensgegenstände......... | | 60 468 |

------------------

Summe    Umlaufvermögen............................          3 835 158

------------------

```
Sachanlagen.......................................        (10)         4 034 357

Finanzanlagen.....................................        (11)           432 291

Als Sicherheitsleistungen   hinterlegte Zahlungsmittel....               132 063

Aktive latente Steuern............................        (19)           165 601

Sonstige  Vermögensgegenstände....................        (12)           253 405

                                                                    -----------------

Summe    Aktiva...................................                     8 852 875

                                                                    -----------------
```

Siehe auch  die beigefügten  Erläuterungen  zu den  Konzernabschlüssen.

----------------------------------------------------------------------------------------

Passiva

| | An- | 2000 |
|---|---|---|
| noch: Passiva | merkung | (Tausend   Euro) (T |
| + | | |

----------------------------------------------------------------------------------------

```
Kurzfristige Verbindlichkeiten:

  Kurzfristige Finanzverbindlichkeiten   sowie

    kurzfristig fällige Bestandteile langfristiger

    Finanzverbindlichkeiten......................       (17)           138 350

  Verbindlichkeiten    gegenüber  Dritten...............  (13)           849 239

  Verbindlichkeiten    gegenüber

    verbundenen    Unternehmen....................       (18)           373 385

  Rückstellungen................................         (14)           718 781

  Passive kurzfristige latente Steuern.................  (19)            74 634

  Sonstige kurzfristige Verbindlichkeiten.............   (15)           299 948

                                                                    -----------------

Summe    kurzfristige Verbindlichkeiten................                2 454 337

                                                                    -----------------

  Langfristige Finanzverbindlichkeiten,

    ohne  kurzfristig fällige Bestandteile..............  (17)           127 972
```

```
    Passive latente Steuern.........................    (19)         177 445

    Sonstige Verbindlichkeiten......................    (16)         286 722

                                                                  -----------------

Summe   Verbindlichkeiten..........................                3 046 476

                                                                  -----------------

Eigenkapital

    Grundkapital..................................      (5)        1 251 003

    Zusätzlich  eingezahltes Kapital (Kapitalrücklage).....        3 250 715

    Gewinnrücklagen...............................                 1 192 192

    Änderungen    im Eigenkapital, die nicht aus

    Transaktionen   mit Aktionären   resultieren.........   (26)     112 489

                                                                  -----------------

Summe   Eigenkapital..............................                 5 806 399

                                                                  -----------------

Summe   Passiva...................................                 8 852 875

                                                                  -----------------
```

Eigenkapitalveränderungsrechnungen zu

Infi

(in Tausend Euro,

```
  ------------------------------------------------------------------------------

------------------------------------------------------------------------------
```

Ausgege

Anza

noch: Eigenkapitalveränderungsrechnungen

+

```
  ------------------------------------------------------------------------------
```

Konzernbilanz   zum  1. Oktober  1998...............................

Konzernjahresfehlbetrag   bis zum  1. April 1999.......................

Konzernjahresüberschuss   ab dem  1. April1999.........................

Änderungen     im Eigenkapital, die nicht aus Transaktionen

  mit Aktionären  resultieren.........................................

Konzernjahresüberschuss    unter Berücksichtigung  der Änderungen    im

  Eigenkapital,  die nicht aus Transaktionen  mit  Aktionären  resultieren.......

Einbehalt  von North  Tynside  durch  die Siemens  AG  (siehe Anmerkung   1).....

Einlagen  der Siemens  AG  zum 31. März  1999............................

Kapitaleinlagen  und  Ausgabe  von  Aktien  bei Gründung   zum 1. April1999.....        600 0

Zusätzlich  eingezahltes Kapital..................................

                                                                          ------

Konzernbilanz   zum  30. September   1999.................................        600 0

                                                                          ------

Konzernjahresüberschuss...........................................

Konzernjahresüberschuss    unter Berücksichtigung  der Änderungen    im

  Eigenkapital,  die nicht aus Transaktionen  mit  Aktionären  resultieren.......

                                                                          ------

Konzernjahresüberschuss    unter Berücksichtigung  der Änderungen    im

  Eigenkapital,  die nicht aus Transaktionen  mit  Aktionären  resultieren.......

                                                                          ------

Ausgabe  von  auf den Namen    lautende Stückaktien

  Einzahlungen  aus  Kapitalerhöhung   im Zuge  des Börsengangs,

  saldiert mit Kosten  des Börsengangs...................................         16 7

Einzahlungen   aus Kapitalerhöhung    im Zuge  einer Privatplatzierung..........         7 5

Kauf von  Savan....................................................         1 2

Abgrenzung   von  Personalaufwendungen...............................

Zuschreibung   zu Finanzanlagen    aufgrund   einer Kapitalerhöhung

  eines assoziierten Unternehmens....................................

Einlagen  der Siemens  AG...........................................

                                                                          ------

Konzernbilanz   zum  30. September    2000................................         625 5

Konzernjahresfehlbetrag.............................................

Konzernjahresfehlbetrag   unter Berücksichtigung   der Änderungen   im

  Eigenkapital,  die nicht aus Transaktionen  mit  Aktionären  resultieren.......

Konzernjahresfehlbetrag   unter Berücksichtigung   der Änderungen   im

  Eigenkapital,  die nicht aus Transaktionen  mit  Aktionären  resultieren.......

Auszahlung   von  Dividenden.......................................

Ausgabe  von  auf den Namen   lautenden  Stückaktien

  Einzahlungen   aus  Kapitalerhöhung,  saldiert mit den  Kosten

    der Kapitalerhöhung..........................................   60 0

    Kauf  von Ardent.............................................   7

    Kauf  von Catamaran.........................................   5 7

    Einlage  in ein assoziiertes Unternehmen...............................   4

Von  Gemeinschaftsunternehmen      gehaltene  auf den Namen

  lautende  Stückaktien.........................................

Abgrenzung   von  Personalaufwendungen...............................

Veräußerung   von  Anteilen an einem   Gemeinschaftsunternehmen

  an eine Siemensgesellschaft.......................................

Einlagen  der Siemens  AG.........................................

------

Konzernbilanz   zum  30. September   2001................................   692 3

------

  Siehe  auch die beigefügten Erläuterungen zu den Konzernabschlüssen.

  Die in Euro ausgewiesenen Beträge sind für das Geschäftsjahr 1999 mit dem Umrechnungskurs v

  Konzernkapitalflussrechnungen für die Geschäftsjahre 1999, 2000

                und 2001

          Infineon Technologies AG

----------------------------------------------------------------------------

           1999        2000

noch: Konzernkapitalflussrechnungen      (Tausend   Euro) (Tausend   Euro)   (

+

----------------------------------------------------------------------------

Konzernjahresüberschuss        (-fehlbetrag)............        60 636        1 125 585

Anpassungen    zur Überleitung des

Konzernjahresüberschusses      (-fehlbetrages)

auf den Mittelzufluss  (-abfluss) aus laufender

Geschäftstätigkeit:

   Planmäßige    Abschreibungen...................        573 069        833 656

   Erworbene    nicht abgeschlossene    Forschungs-

   und  Entwicklungsprojekte....................        -        26 012

   Auflösung    der Abgrenzung

   von  Personalaufwendungen...................        -        25 550

   Zuführung    zu Wertberichtigungen

   auf Forderungen............................        1 723        17 410

   Wertberichtigungen    auf Vorräte................        -        40 013

   Gewinn    aus dem Abgang    von Wertpapieren

   des Umlaufvermögens........................        (521)        (20 238)

   Gewinn    aus dem Abgang    von Geschäftsaktivitäten.        (15 319)        (306)

   Erträge aus der Realisierung von  Wertsteigerungen

   durch  Kapitalerhöhung    bei assoziierten

   Unternehmen...............................        -        (53 425)

   Verlust (Gewinn)    aus dem  Abgang

   von  Sachanlagen...........................        18 041        (1 648)

   Anteiliger Überschuss    von  nach der Equity-

   Methode   konsolidierten  Gesellschaften.........        (33 763)        (101 303)

   Auf  konzernfremde   Gesellschafter

   entfallende  Ergebnisanteile....................        (185)        6 143

   Latente  Steuern...........................        (73 454)        90 812

Sonstige  zahlungswirksame    Transaktionen.........        -        -

Veränderungen    des Nettoumlaufvermögens:

(Zu-) Abnahme   von kurzfristigen Forderungen

    gegen verbundene   Unternehmen.............    (8 401)    (148 024)

    gegen Dritte................................    (284 944)    (535 314)

Zunahme   von Vorräten.......................    (40 529)    (147 900)

Zunahme   der sonstigen  Vermögensgegenstände

des Umlaufvermögens........................    (25 607)    (29 800)

(Ab-)  Zunahme   von kurzfristigen

Verbindlichkeiten

    gegenüber  verbundenen   Unternehmen........    73 294    93 995

    gegenüber  Dritten..........................    61 984    375 393

(Ab-)  Zunahme   von Rückstellungen............    77 847    467 505

Zunahme   von sonstigen  kurzfristigen

Verbindlichkeiten..........................    75 668    103 339

Sonstige  langfristige Vermögensgegenstände

und  Verbindlichkeiten......................    9 080    (87 768)

                  -----------------------------------

Mittelzufluss aus  laufender Geschäftstätigkeit......    468 619    2 079 687

                  -----------------------------------

Cashflow  aus  Investitionstätigkeit:

Auszahlungen   für Wertpapiere

des Umlaufvermögens........................    (175 250)    (451 990)

Einzahlungen   aus dem  Abgang von  Wertpapieren

des Umlaufvermögens........................    11 296    -

Einzahlungen   aus dem  Abgang

von  Geschäftsbereichen.......................    18 033    308

Auszahlungen   für den Erwerb von  Beteiligungen

an assoziierten und verbundenen   Unternehmen...    (133 078)    (302 512)

Auszahlungen   für immaterielle

Vermögensgegenstände.......................    (43 203)    (42 909)

Auszahlungen    für Sachanlagen................    (652 528)    (1 570 832)