United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10                                        NO. C 04-04156 JW

11   In re Infineon Technologies AG Securities    **ORDER VACATING CASE**
     Litigation                                   **MANAGEMENT CONFERENCE**
12
                                              /
13
             This case is scheduled for an Interim Case Management Conference on October 27, 2008.
14
     Upon review of the parties' Joint Statement, the Court finds that it does not need to hold a
15
     conference at this time.  To the extent that the parties have case management issues requiring the
16
     Court's attention, the parties may make a verbal request for a conference at the December 15, 2008
17
     hearing on the parties' motions.
18
19
     Dated:  October 21, 2008
20                                           JAMES WARE
                                             United States District Judge
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Brian P Murray bmurray@murrayfrank.com
Eric J. Belfi ebelfi@labaton.com
3 | Ira A. Schochet ischochet@labaton.com
John K. Grant johnkg@csgrr.com
4 | Marc Lawrence Godino mgodino@glancylaw.com
Mark R.S. Foster mfoster@mofo.com
5 | Mark R.S. Foster mfoster@mofo.com
Mia Ann. Mazza mmazza@mofo.com
6 | Patrick J. Coughlin PatC@csgrr.com
Philip T. Besirof PBesirof@mofo.com
7 | Thomas J. Kennedy tkennedy@murrayfrank.com
William S. Lerach e_file_sd@lerachlaw.com

8 |

9 | **Dated:  October 21, 2008**                    **Richard W. Wieking, Clerk**

10 |

11 |                                              **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |