**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
12/11/2008

[See signature page for appearances of counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No.  C-04-4156-JW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| This Document Relates To:<br><br>ALL ACTIONS | Hearing:   December 16, 2008<br>Time:       9:00 a.m.<br>Dept.:       Courtroom 8, 4th floor<br>Judge:      Honorable James Ware |

1  WHEREAS, on December 10, 2008, the Court rescheduled the oral argument on Plaintiffs' Motion for Class Certification (Doc. No. 235) and Defendants' Motion for Judgment on the Pleadings or in the Alternative to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 250) from December 15, 2008, to December 16, 2008 (December 10, 2008 Order (Doc. No. 271));

WHEREAS, the Court specially-set the hearing for those two motions to give the parties sufficient time for oral argument;

WHEREAS, Jordan Eth, counsel for Defendants Infineon Technologies AG, Infineon Technologies North America Corp., Ulrich Schumacher, and Peter Fischl is the counsel responsible for arguing the foreign purchaser issues (*see* Declaration of Jordan Eth ("Eth Decl."), filed concurrently, ¶ 3);

WHEREAS, Mr. Eth has a previously-arranged family vacation to Vietnam and will be leaving the United States at the end of the day on December 15, 2008 (Eth Decl. ¶ 4);

WHEREAS, Plaintiffs have agreed that to allow Mr. Eth to participate in his family vacation and to provide sufficient time for oral argument on these two motions;

IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record, that:

Plaintiffs' Motion for Class Certification and Defendants' Motion for Judgment on the Pleadings or in the Alternative to Dismiss for Lack of Subject Matter Jurisdiction be specially-set for hearing on January 13, 2009, at 9:00 a.m., or on any other date thereafter that is convenient for the Court.

1 | Dated: December 10, 2008 | MORRISON & FOERSTER LLP

By: <u>Jordan Eth [e-filing signature]</u>
Jordan Eth

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: jeth@mofo.com

Attorneys for Defendants

Dated: December 10, 2008 | COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
JOHN K. GRANT

By: <u>John K. Grant [e-filing signature]</u>
John K. Grant

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: johnkg@csgrr.com

Attorneys for Plaintiffs

[~~PROPOSED~~] ORDER AS MODIFIED:

Having considered the parties' Stipulation Setting Hearing, the Court adopts the parties' proposal and sets the hearing on Plaintiffs' Motion for Class Certification and Defendants' Motion for Judgment on the Pleadings or in the Alternative to Dismiss for Lack of Subject Matter Jurisdiction for January **09** 2009, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2008

_____
The Honorable James Ware
United States District Judge

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
MASTER FILE NO. C-04-4156-JW
sf-2617416

2

## ECF ATTESTATION

I, Philip T. Besirof, am the ECF User whose ID and Password are being used to file:

**STIPULATION AND [PROPOSED] ORDER SETTING HEARING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

In compliance with General Order 45, X.B., I hereby attest that Jordan Eth and John Grant have concurred in this filing.

Dated: December 10, 2008                               MORRISON & FOERSTER LLP

                                                       By:    /s/ Philip T. Besirof [e-filing signature]