Case 5:04-cv-04156-JW Document 272 Filed 03/18/2009 Page 1 of 4

[See signature page for appearances of counsel]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-04-4156-JW<br><br>**<u>CLASS ACTION</u>**<br><br>**FINDING AS MOOT STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PARTIES' REQUEST TO SUBMIT ADDITIONAL BRIEFING IN CONNECTION WITH PLAINTIFFS' PENDING MOTION FOR CLASS CERTIFICATION [DOC. 237]**<br><br>Dept.: Courtroom 8, 4th floor<br>Judge: Honorable James Ware |

STIP. AND [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO SUBMIT ADDITIONAL BRIEFING
MASTER FILE NO. C-04-4156-JW
sf-2633623

Case 5:04-cv-04156-JW Document 277 Filed 01/27/2009 Page 2 of 4

WHEREAS, on January 9, 2009, the Court heard oral argument on Plaintiffs' Motion for Class Certification (Doc. 237) and took the matter under submission;

WHEREAS, during the January 9 hearing, Defendants argued that Plaintiffs sought to invoke for the first time on reply certain presumptions of reliance (Doc. 269 at 13:21-14:24) and Defendants moved to introduce into the record a handout of cases responding to the presumptions of reliance;

WHEREAS, Plaintiffs objected to the introduction of Defendants' handout, which the Court sustained;

WHEREAS, Defendants in turn requested that the Court not consider the presumptions of reliance raised by Plaintiffs, which the Court agreed not to consider;

WHEREAS, the Court suggested that the parties meet and confer after the hearing to determine whether the parties could reach agreement on submitting the handout and supplemental briefing on the presumptions of reliance to the Court; and

WHEREAS, the parties have met and conferred and have reached agreement on the supplemental briefing to be submitted to the Court;

IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record, that:

The parties agree to withdraw the objections described above. Defendants submit the handout of cases and 2-page brief regarding those cases attached as Exhibits A and B, respectively. Plaintiffs submit the 2-page brief attached as Exhibit C.

Dated: January 27, 2009

MORRISON & FOERSTER LLP

By: Philip T. Besirof [e-filing signature]
Philip T. Besirof

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: pbesirof@mofo.com

Attorneys for Defendants

Case 5:04-cv-04156-JW Document 272 Filed 01/27/2009 Page 3 of 4

Dated: January 27, 2009

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
JOHN K. GRANT

By: John K. Grant [e-filing signature]
John K. Grant

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: johnkg@csgrr.com

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

The Stipulated request is found as MOOT. The Court has already issued an Order on Class Certification. Please see the Court's Order on March 6, 2009, Docket Item No. 280.

Dated: March 13, 2009

The Honorable James Ware
United States District Judge

STIP. AND [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO SUBMIT ADDITIONAL BRIEFING
MASTER FILE NO. C-04-4156-JW
sf-2633623

2

Case 5:04-cv-04156-JW Document 272 Filed 01/27/2009 Page 4 of 4

**ECF ATTESTATION**

I, Mark D. Gursky, am the ECF User whose ID and Password are being used to file:

**STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO SUBMIT ADDITIONAL BRIEFING IN CONECTION WITH PLAINTIFFS' PENDING MOTION FOR CLASS CERTIFICATION [DOC. 237]**

In compliance with General Order 45, X.B., I hereby attest that Philip T. Besirof and John K. Grant have concurred in this filing.

Dated: January 27, 2009

MORRISON & FOERSTER LLP

By: /s/ Mark D. Gursky [e-filing signature]

STIP. AND [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO SUBMIT ADDITIONAL BRIEFING
MASTER FILE NO. C-04-4156-JW
sf-2633623

3