[See signature page for appearances of counsel.]

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE PLAN** |
| ALL ACTIONS | |

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE PLAN
MASTER FILE NO. C-04-4156-JW
sf-2667184

1  WHEREAS, on March 6, 2009, the Court certified a class in this action and directed the
2  parties to submit a proposed form of class notice and a joint proposal for dissemination of the
3  class notice on or before April 6, 2009;

4  WHEREAS, the parties have met and conferred regarding a proposed form of class notice
5  and the components of a notice plan that complies with Federal Rule of Civil Procedure 23;

6  WHEREAS, the parties request additional time to discuss the proposed notice and no
7  prejudice will accrue to the class from a continuance;

8  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the
9  parties in this action, through their undersigned counsel of record, that:

10  The parties shall file with the Court a proposed form of class notice and a joint proposal
11  for dissemination of notice on or before April 27, 2009.

Dated: April 6, 2009

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
JORDAN ETH
MIA MAZZA
PHILIP T. BESIROF
MARK R.S. FOSTER

By: Philip T. Besirof [e-filing signature]
        Philip T. Besirof

425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: pbesirof@mofo.com

Attorneys for Defendants

| | |
|---|---|
| Dated: April 6, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JOHN K. GRANT<br>CHRISTOPHER M. WOOD<br><br>By: John K. Grant [e-filing signature]<br>       John K. Grant<br><br>100 Pine Street, 26th Floor<br>San Francisco, CA  94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>E-mail:  johnkg@csgrr.com<br><br>Attorneys for Plaintiffs |

## [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Class Notice Plan, and for good cause shown, the parties shall file with the Court a proposed form of class notice and a joint proposal for dissemination of notice on or before April 27, 2009.

IT IS SO ORDERED.

Dated:   April 10, 2009

_____
The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE PLAN
MASTER FILE NO. C-04-4156-JW
sf-2667184

2