[See signature page for appearances of counsel.]

**IT IS SO ORDERED
AS MODIFIED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No.  C-04-4156-JW |
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE PLAN** |
| ALL ACTIONS | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, on March 6, 2009, the Court certified a class in this action and directed the

2    parties to submit a proposed form of class notice and a joint proposal for dissemination of the

3    class notice on or before April 6, 2009;

4    WHEREAS, on April 10, 2009, the Court granted the parties an extension of time to

5    submit a proposed form of class notice and a joint proposal for dissemination of the class notice

6    to April 27, 2009;

7    WHEREAS, the parties continue to meet and confer regarding a proposed form of class

8    notice and the components of a notice plan that complies with Federal Rule of Civil

9    Procedure 23;

10   WHEREAS, the parties request additional time to discuss the proposed notice and no

11   prejudice will accrue to the class from a continuance;

12   ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the

13   parties in this action, through their undersigned counsel of record, that:

14   The parties shall file with the Court a proposed form of class notice and a joint proposal

15   for dissemination of notice on or before May 11, 2009.

16

17   Dated: April 24, 2009                    MORRISON & FOERSTER LLP
                                              MELVIN R. GOLDMAN
                                              JORDAN ETH
18                                            MIA MAZZA
                                              PHILIP T. BESIROF
19                                            MARK R.S. FOSTER

20

21                                            By: Philip T. Besirof [e-filing signature]
                                                     Philip T. Besirof

22

23                                            425 Market Street
                                              San Francisco, California  94105-2482
                                              Telephone: 415.268.7000
24                                            Facsimile: 415.268.7522
                                              Email: pbesirof@mofo.com

25                                            Attorneys for Defendants

26

27

28

1  Dated: April 24, 2009                          COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
2                                                 JOHN K. GRANT
                                                  CHRISTOPHER M. WOOD
3

4                                                 By: John K. Grant [e-filing signature]
                                                        John K. Grant
5
                                                  100 Pine Street, 26th Floor
6                                                 San Francisco, CA  94111
                                                  Telephone:  415/288-4545
7                                                 415/288-4534 (fax)
                                                  E-mail:  johnkg@csgrr.com
8
                                                  Attorneys for Plaintiffs
9

10                                 [PROPOSED] ORDER

11       Having considered the parties' Stipulation Regarding Class Notice Plan, and for good

12  cause shown, the parties shall file with the Court a proposed form of class notice and a joint

13  proposal for dissemination of notice on or before May 11, 2009.

14  IT IS SO ORDERED.  This is the parties' final continuance.

15

16   Dated:  April 28, 2009                       _____
                                                  The Honorable James Ware
17                                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28