| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (BAR NO. 34097) |
| | mgoldman@mofo.com |
| 2 | JORDAN ETH (BAR NO. 121617) |
| | jeth@mofo.com |
| 3 | MIA MAZZA (BAR NO. 184158) |
| | mmazza@mofo.com |
| 4 | PHILIP T. BESIROF (BAR NO. 185053) |
| | pbesirof@mofo.com |
| 5 | MARK R.S. FOSTER (BAR NO. 223682) |
| | mfoster@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 7 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 8 | Facsimile: 415.268.7522 |

Attorneys for Defendants
INFINEON TECHNOLOGIES AG,
INFINEON TECHNOLOGIES NORTH AMERICA
CORP., ULRICH SCHUMACHER, and
PETER J. FISCHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
| | **CLASS ACTION** |
| This Document Relates To: | **NOTICE OF ENTRY OF NINTH CIRCUIT ORDER GRANTING DEFENDANTS' RULE 23(f) PETITION FOR PERMISSION TO APPEAL THIS COURT'S MARCH 6, 2009 CLASS CERTIFICATION ORDER** |
| ALL ACTIONS | |
| | Dept.:  Courtroom 8, 4th floor |
| | Judge:  Honorable James Ware |

1       Please take notice that on April 29, 2009, the United States Court of Appeals for the Ninth Circuit granted Defendants' petition pursuant to Fed. R. Civ. P. 23(f) for permission to appeal this Court's March 6, 2009 Order granting class certification. (*See* Attachment 1.) The appeal has been docketed as *James Dolan v. Infineon Technologies AG, et al.*, No. 09-15857 (*See* Attachment 2.) The Ninth Circuit has issued a Time Schedule Order for the appeal. (*See* Attachment 3.)

      Defendants have asked Plaintiffs to stipulate to a stay proceedings pending resolution of the appeal. If the parties cannot reach agreement, Defendants intend to promptly file a motion to stay proceedings.

Dated: May 5, 2009                       MORRISON & FOERSTER LLP

                                              By:   /s/ Philip T. Besirof [e-filing signature]

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**NOTICE OF ENTRY OF NINTH CIRCUIT ORDER GRANTING DEFENDANTS' RULE 23(f) PETITION FOR PERMISSION TO APPEAL THIS COURT'S MARCH 6, 2009 CLASS CERTIFICATION ORDER**

In compliance with General Order 45, X.B., I hereby attest that Philip T. Besirof has concurred in this filing.

Dated: May 5, 2009    MORRISON & FOERSTER LLP
By:    /s/ Mark R.S. Foster [e-filing signature]