1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re Infineon Technologies AG Securities
Litigation

_____/

NO. C 04-04156 JW

**ORDER SETTING CASE MANAGEMENT
CONFERENCE IN LIGHT OF NINTH
CIRCUIT REMAND**

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **September 13, 2010 at 10:00 AM** (approximately 30 days from date of remand or other date set by the Court).  On or before **September 3, 2010** (10 days from conference), the parties shall file a Joint Case Management Statement.  The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated:  August 23, 2010

_James Ware_____
JAMES WARE
United States District Judge

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Brian P Murray bmurray@murrayfrank.com
     Christopher Martin Wood cwood@csgrr.com
3    Darren Jay Robbins e_file_sd@csgrr.com
     Eric J. Belfi ebelfi@labaton.com
4    Ira A. Schochet ischochet@labaton.com
     John K. Grant johnkg@csgrr.com
5    Jonathan Gardner jgardner@labaton.com
     Marc Lawrence Godino mgodino@glancylaw.com
6    Mark D. Gursky Mgursky@mofo.com
     Mark R.S. Foster mfoster@mofo.com
7    Mia Ann. Mazza mmazza@mofo.com
     Patrick J. Coughlin PatC@csgrr.com
8    Philip T. Besirof Pbesirof@mofo.com
     Thomas J. Kennedy tkennedy@murrayfrank.com

9

10   **Dated:  August 23, 2010**                    **Richard W. Wieking, Clerk**

11

12                                                   **By:____/s/ JW Chambers_____**
                                                     **Elizabeth Garcia**
13                                                   **Courtroom Deputy**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California