1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN K. GRANT (169813)
   CHRISTOPHER M. WOOD (254908)
3  Post Montgomery Center
   One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   johnkg@csgrr.com
6  cwood@csgrr.com

7  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
8  275 Madison Avenue, Suite 801
   New York, NY  10016
9  Telephone:  212/682-1818
   212/682-1892 (fax)
10 bmurray@murrayfrank.com

11 Co-Lead Counsel for Plaintiffs

12 [Additional counsel appear on signature page.]

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16 In re INFINEON TECHNOLOGIES AG      )   Master File No. C-04-4156-JW
   SECURITIES LITIGATION               )
17 _____ )   CLASS ACTION
                                       )
18 This Document Relates To:           )   STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING CASE MANAGEMENT
19      ALL ACTIONS.                    )   CONFERENCE TO SEPTEMBER 20, 2010
   _____ )

20

21

22

23

24

25

26

27

28

577328_1

**STIPULATION**

1

2          On August 24, 2010, the Court set a case management conference in this matter for

3   September 13, 2010 at 10:00 a.m.  Plaintiffs' counsel has pre-existing family-related commitments

4   on that date.  Subject to Court approval, and at plaintiffs' request, defendants have agreed to have

5   the case management conference re-set for September 20, 2010 at 10:00 a.m., with the joint case

6   management statement to be filed by September 10, 2010.

7          SO STIPULATED.

8   DATED: August 31, 2010                    ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
9                                             JOHN K. GRANT
                                              CHRISTOPHER M. WOOD
10

11
                                                  s/ John K. Grant
12                                            JOHN K. GRANT

13                                            Post Montgomery Center
                                              One Montgomery Street, Suite 1800
14                                            San Francisco, CA  94104
                                              Telephone:  415/288-4545
15                                            415/288-4534 (fax)

16                                            MURRAY, FRANK & SAILER LLP
                                              BRIAN P. MURRAY
17                                            275 Madison Avenue, Suite 801
                                              New York, NY  10016
18                                            Telephone:  212/682-1818
                                              212/682-1892 (fax)
19
                                              Co-Lead Counsel for Plaintiffs
20
                                              VANOVERBEKE MICHAUD
21                                              & TIMMONY, P.C.
                                              MICHAEL J. VANOVERBEKE
22                                            THOMAS C. MICHAUD
                                              79 Alfred Street
23                                            Detroit, MI  48201
                                              Telephone:  313/578-1200
24                                            313/578-1201 (fax)

25

26

27

28

577328_1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
TO SEPTEMBER 20, 2010 - C-04-4156-JW
- 1 -

1

2          TILP PLLC
           MARC SCHIEFER
3          140 Broadway
           New York, NY  10005
4          Telephone:  212/907-0635
           212/818-0477 (fax)

5          Additional Counsel for Plaintiffs

6   DATED: August 31, 2010          MORRISON FOERSTER LLP
                                     MELVIN R. GOLDMAN
7                                    JORDAN ETH
                                     MIA MAZZA
8

9
                                     _____s/ Jordan Eth_____
10                                         JORDAN ETH

11                                   MORRISON & FOERSTER, LLP
                                     425 Market Street
12                                   San Francisco, CA  94105-2482
                                     Telephone:  415/268-7000
13                                   415/268-7522 (fax)

14                                   Attorneys for Defendants

15       I, John K. Grant, am the ECF User whose ID and password are being used to file this

16  Stipulation and Proposed Order Continuing Case Management Conference to September 20, 2010.

17  In compliance with General Order 45, X.B., I hereby attest that Jordan Eth has concurred in this

18  filing.

19  DATED: August 31, 2010            _____s/ John K. Grant_____
                                           JOHN K. GRANT
20

21                          *      *      *

22                          **O R D E R**

23       IT IS SO ORDERED.  The Case Management Conference in this matter is continued to

24  September 20, 2010 at 10:00 a.m., with the joint case management statement to be filed by

25  September 10, 2010.

26  DATED: _____September 2, 2010_____     _____
                                          THE HONORABLE JAMES WARE
27                                        UNITED STATES DISTRICT JUDGE

28

577328_1   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
           TO SEPTEMBER 20, 2010 - C-04-4156-JW                                      - 2 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on August 31, 2010, I authorized the electronic filing of the foregoing

3   with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4   the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5   caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on August 31, 2010.

9

                               s/ John K. Grant

10                                  JOHN K. GRANT

11                         ROBBINS GELLER RUDMAN
                              & DOWD LLP

12                         Post Montgomery Center
                      One Montgomery Street, Suite 1800

13                         San Francisco, CA 94104
                      Telephone:  415/288-4545

14                         415/288-4534 (fax)

15                         E-mail: johnkg@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:04-cv-04156-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Philip T. Besirof**
  PBesirof@mofo.com,vsmith@mofo.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark R.S. Foster**
  mfoster@mofo.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark D. Gursky**
  Mgursky@mofo.com,Npan@mofo.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Mia Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Ira A. Schochet**
  ischochet@labaton.com,ElectronicCaseFiling@labaton.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,khuang@rgrdlaw.com,jdecena@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Beth Hoffman
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
```