IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Infineon Technologies AG Securities Litigation | NO. C 04-04156 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON ANTICIPATED MOTION** |

This case is scheduled for a Case Management Conference on September 20, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 309.)

Upon review of the Joint Statement, the Court declines to adopt the parties' proposed schedule at this time. To the extent that the parties cannot stipulate with respect to Plaintiffs' ability to file a Fourth Amended Complaint, the Court sets **November 1, 2010 at 9 a.m.** as a hearing date for Plaintiffs' anticipated Motion for Leave to file a Fourth Amended Complaint. Plaintiffs shall notice their Motion in accordance with the Civil Local Rules of the Court.

In light of this Order, the Court CONTINUES the September 20 Conference to **November 1, 2010 at 10 a.m.** On or before **October 22, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedule as to how this case should proceed.

Dated: September 15, 2010

                                                       JAMES WARE<br>
                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian P Murray bmurray@murrayfrank.com
Christopher Martin Wood cwood@rgrdlaw.com
Darren Jay Robbins e_file_sd@rgrdlaw.com
Eric J. Belfi ebelfi@labaton.com
Ira A. Schochet ischochet@labaton.com
John K. Grant johnkg@rgrdlaw.com
Jonathan Gardner jgardner@labaton.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark D. Gursky Mgursky@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mia Mazza mmazza@mofo.com
Patrick J. Coughlin PatC@rgrdlaw.com
Philip T. Besirof PBesirof@mofo.com
Thomas J. Kennedy tkennedy@murrayfrank.com

**Dated: September 15, 2010**          **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2