1  MELVIN R. GOLDMAN (BAR NO. 34097)
   mgoldman@mofo.com
2  JORDAN ETH (BAR NO. 121617)
   jeth@mofo.com
3  MIA MAZZA (BAR NO. 184158)
   mmazza@mofo.com
4  PHILIP T. BESIROF (BAR NO. 185053)
   pbesirof@mofo.com
5  MARK R.S. FOSTER (BAR NO. 223682)
   mfoster@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone:  415.268.7000
8  Facsimile:  415.268.7522

9  Attorneys for Defendants
   INFINEON TECHNOLOGIES AG,
10 INFINEON TECHNOLOGIES NORTH AMERICA
   CORP., ULRICH SCHUMACHER, and
11 PETER J. FISCHL

12

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

12/2/2010

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

| | |
|---|---|
| 17  In re INFINEON TECHNOLOGIES AG<br>SECURITIES LITIGATION | Master File No.  C-04-4156-JW |
| 18  _____ | CLASS ACTION |
| 19  This Document Relates To: | **STIPULATION AND<br>[PROPOSED] ORDER** |
| 20      ALL ACTIONS | **REGARDING BRIEFING AND<br>HEARING SCHEDULE FOR** |
| 21 | **DEFENDANTS' MOTION TO<br>DISMISS FOURTH AMENDED** |
| 22 | **COMPLAINT** |

23

24

25

26

27

28

1    The parties, through their respective counsel of record, submit the following Stipulation
2    and [Proposed] Order:

3    1.    WHEREAS, on October 27, 2010, the Court granted Plaintiffs' motion for leave to
4    amend and directed Plaintiffs to file their Fourth Amended Complaint ("4AC") on or before
5    November 8, 2010, and

6    2.    WHEREAS, Plaintiffs filed the 4AC on November 8, 2010;

7    3.    WHEREAS, having reviewed the 4AC, Defendants intend to move for its
8    dismissal;

9    NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court,
10   and pursuant to Civil Local Rules 6-2 and 7-12, that:

11   1.    Defendants' motion to dismiss the 4AC shall be filed on or before December 10,
12   2010.

13   2.    Plaintiffs' opposition brief, if any, shall be filed on or before January 24, 2011.

14   3.    Defendants' reply brief shall be filed on or before February 14, 2011.

15   4.    The hearing on Defendants' motion to dismiss shall be noticed for hearing on
16   **March 7, 2011 at 9:00 AM.**

17   DATED:  November 30, 2010

18   MORRISON & FOERSTER LLP
     MELVIN R. GOLDMAN
     JORDAN ETH
19   PHILIP T. BESIROF
     MIA MAZZA
20   MARK FOSTER

21   By:  _____/s/ Mia Mazza (e-filing signature)_____

22   Attorneys for Defendants
23

24   DATED:  November 30, 2010

     ROBBINS GELLER RUDMAN & DOWD LLP
25   JOHN K. GRANT
     CHRISTOPHER M. WOOD
26

     By:  _____/s/ John K. Grant (e-filing signature)_____
27
     Co-Lead Counsel for Plaintiffs
28

Stip. and [Proposed] Order Regarding Briefing and Hearing Schedule for Defs.' MTD 4AC
Master File No. C-04-4156-JW
sf-2925845

1

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED  AS MODIFIED.

3

4

Dated:  __ December 2 _____, 2010

5

6

_____

7

The Honorable James Ware
United State District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFS.' MTD 4AC
MASTER FILE NO. C-04-4156-JW
sf-2925845

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Mia Mazza, am the ECF User whose ID and password are being used to file this:

### STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FOURTH AMENDED COMPLAINT.

In compliance with General Order 45, X.B., I hereby attest that John K. Grant has concurred in this filing.

Dated: November 30, 2010                    MORRISON & FOERSTER LLP


                                             By:  /s/ Mia Mazza [e-filing signature]