| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | JOHN K. GRANT (169813) |
|   | CHRISTOPHER M. WOOD (254908) |
| 3 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 5 | 415/288-4534 (fax) |
|   | johnkg@rgrdlaw.com |
| 6 | cwood@rgrdlaw.com |
| 7 | MURRAY, FRANK & SAILER LLP |
|   | BRIAN P. MURRAY |
| 8 | 275 Madison Avenue, Suite 801 |
|   | New York, NY  10016 |
| 9 | Telephone:  212/682-1818 |
|   | 212/682-1892 (fax) |
| 10 | bmurray@murrayfrank.com |
| 11 | Co-Lead Counsel for Plaintiffs |
| 12 | [Additional counsel appear on signature page.] |

**DENIED**
Judge James Ware
3/4/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 16 | In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | ) ) ) | Master File No. C-04-4156-JW |
| 17 | | ) | CLASS ACTION |
| 18 | This Document Relates To: | ) ) | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION |
| 19 | ALL ACTIONS. | ) ) ) | TO DISMISS FOURTH AMENDED COMPLAINT IN PART AND MOTION TO |
| 20 | | | STRIKE PORTIONS OF PLAINTIFFS' FOURTH AMENDED COMPLAINT TO |
| 21 | | | APRIL 4, 2011 |

610744_1

# STIPULATION

The hearing on defendants' Motion to Dismiss Fourth Amended Complaint in Part and Motion to Strike Portions of Plaintiffs' Fourth Amended Complaint in this matter was initially noticed for March 7, 2011 at 9:00 a.m.

On February 18, 2011, the Court reset the hearing for March 21, 2011 at 9:00 a.m.

Plaintiffs' counsel has pre-existing commitments involving previously planned family travel on March 21, 2011, including child care. Due to plaintiffs' scheduling conflict, the parties have conferred and respectfully ask the Court to continue the hearing to April 4, 2011, at 9:00 a.m., or any later date convenient to the Court.

SO STIPULATED.

DATED: March 1, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
JOHN K. GRANT
CHRISTOPHER M. WOOD

        /s/  John K. Grant        
JOHN K. GRANT

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD
 & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

610744_1

STPLTN & [PROP] ORDER TO RESCHEDULE HEARING ON MTD 4TH AMENDED CMPLT IN PART & MTS PORTIONS OF PLTFS' 4TH AMENDED CMPLT TO 4/4/11 - C-04-4156-JW          - 1 -

```
                                        TILP PLLC
                                        MARC SCHIEFER
                                        140 Broadway
                                        New York, NY  10005
                                        Telephone: 212/907-0635
                                        212/818-0477 (fax)

                                        Additional Counsel for Plaintiffs

DATED: March 1, 2011                    MORRISON & FOERSTER LLP
                                        MELVIN R. GOLDMAN
                                        JORDAN ETH
                                        MIA MAZZA


                                             /s/ Jordan Eth
                                        JORDAN ETH

                                        425 Market Street
                                        San Francisco, CA  94105-2482
                                        Telephone:  415/268-7000
                                        415/268-7522 (fax)

                                        Attorneys for Defendants
```

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Hearing on Motion to Dismiss Fourth Amended Complaint in Part and Motion to Strike Portions of Plaintiffs' Fourth Amended Complaint to April 4, 2011.  In compliance with General Order No. 45, X.B., I hereby attest that Jordan Eth has concurred in this filing.

```
                                             /s/  John K. Grant
                                        JOHN K. GRANT
```

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The request to continue the hearing from March 21, 2011 to April 4, 2011 is DENIED due to the Court's own unavailability.  The motion remains on calendar for hearing on March 21, 2011 at 9:00 AM as previously set.

DATED: March 4, 2011

*[Signature: James Ware]*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2011.

                                      /s/ John K. Grant
                                    JOHN K. GRANT

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: johnkg@rgrdlaw.com

610744_1

# Mailing Information for a Case 5:04-cv-04156-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Philip T. Besirof**
  PBesirof@mofo.com,tvanvoris@mofo.com,vsmith@mofo.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark R.S. Foster**
  mfoster@mofo.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark D. Gursky**
  Mgursky@mofo.com,Npan@mofo.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Mia Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Ira A. Schochet**
  ischochet@labaton.com,ElectronicCaseFiling@labaton.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,khuang@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who

therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Beth Hoffman**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017