1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  JOHN K. GRANT (169813)
   CHRISTOPHER M. WOOD (254908)
3  Post Montgomery Center
   One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   johnkg@rgrdlaw.com
6  cwood@rgrdlaw.com

7  MURRAY, FRANK & SAILER LLP
   BRIAN P. MURRAY
8  275 Madison Avenue, Suite 801
   New York, NY  10016
9  Telephone:  212/682-1818
   212/682-1892 (fax)
10 bmurray@murrayfrank.com

11 Co-Lead Counsel for Plaintiffs

12 [Additional counsel appear on signature page.]

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware — 4/21/2011]

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 | In re INFINEON TECHNOLOGIES AG      ) | Master File No. C-04-4156-JW
   | SECURITIES LITIGATION               ) |
17 |                                     ) | CLASS ACTION
   |                                     ) |
18 | This Document Relates To:           ) | STIPULATION AND [PROPOSED] ORDER
   |                                     ) |  AS MODIFIIED BY THE COURT
19 |        ALL ACTIONS.                 ) |
   |                                     ) |

618507_1

**STIPULATION**

1. This matter is filed as a class action asserting claims under the federal securities laws.

2. On March 17, 2011, the Court issued an Order requiring plaintiffs to file an Amended Complaint by April 18, 2011.

3. The parties have reached an agreement to settle this action.

4. In light of the settlement agreement, the parties do not believe that an Amended Complaint is necessary.

Accordingly, subject to Court approval, the parties agree and stipulate as follows:

1. Plaintiffs need not file an Amended Complaint on April 18, 2011.

2. Plaintiffs shall file a motion for preliminary approval of the settlement within 45 days.

DATED: April 15, 2011                ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     JOHN K. GRANT
                                     CHRISTOPHER M. WOOD


                                            /s/  John K. Grant
                                            JOHN K. GRANT

                                     Post Montgomery Center
                                     One Montgomery Street, Suite 1800
                                     San Francisco, CA  94104
                                     Telephone:  415/288-4545
                                     415/288-4534 (fax)

                                     MURRAY, FRANK & SAILER LLP
                                     BRIAN P. MURRAY
                                     275 Madison Avenue, Suite 801
                                     New York, NY  10016
                                     Telephone:  212/682-1818
                                     212/682-1892 (fax)

                                     Co-Lead Counsel for Plaintiffs

                                     VANOVERBEKE MICHAUD
                                       & TIMMONY, P.C.
                                     MICHAEL J. VANOVERBEKE
                                     THOMAS C. MICHAUD
                                     79 Alfred Street
                                     Detroit, MI  48201
                                     Telephone:  313/578-1200
                                     313/578-1201 (fax)

|   |   |
|---|---|
|   | TILP PLLC<br>MARC SCHIEFER<br>140 Broadway<br>New York, NY  10005<br>Telephone:  212/907-0635<br>212/818-0477 (fax) |
|   | Additional Counsel for Plaintiffs |
| DATED: April 15, 2011 | MORRISON & FOERSTER LLP<br>MELVIN R. GOLDMAN<br>JORDAN ETH<br>MIA MAZZA |

                                               /s/ Mia Mazza
                                              MIA MAZZA

                              425 Market Street
                              San Francisco, CA  94105-2482
                              Telephone:  415/268-7000
                              415/268-7522 (fax)

                              Attorneys for Defendants

     I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Case Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

                                             /s/  John K. Grant
                                             JOHN K. GRANT

*     *     *

## O R D E R

Pursuant to the stipulation of the parties:

1.    Plaintiffs need not file an Amended Complaint on April 18, 2011.

2.    Plaintiffs shall file a motion for preliminary approval within 45 days of this order.

3.    The Court sets July 11, 2011 at 9 a.m. as a hearing on Preliminary Approval of Class Settlement.  The parties shall file their Joint Motion for Preliminary Approval of Class Settlement in accordance with the Civil Local Rules of Court.

Dated: April 21, 2011

                                               United States District Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011.

                                            /s/ John K. Grant
                                          JOHN K. GRANT

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: johnkg@rgrdlaw.com

618507_1

# Mailing Information for a Case 5:04-cv-04156-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Philip T. Besirof**
  PBesirof@mofo.com,tvanvoris@mofo.com,vsmith@mofo.com

- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark R.S. Foster**
  mfoster@mofo.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark D. Gursky**
  Mgursky@mofo.com,Npan@mofo.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Mia Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Ira A. Schochet**
  ischochet@labaton.com,ElectronicCaseFiling@labaton.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,khuang@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Beth Hoffman**
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017