*IT IS SO ORDERED*
*Judge James Ware*

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com
cwood@rgrdlaw.com

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)
bmurray@murrayfrank.com

Co-Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION SETTING BRIEFING SCHEDULE FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER |
| ALL ACTIONS. | |

627939_1

**STIPULATION**

WHEREAS, Plaintiff and Defendants in the above-captioned action, by their attorneys, stipulate as follows and request that the Court enter the order set out below:

1. The parties previously advised the Court that they have reached an agreement in principle to resolve this matter, and the Court set a hearing date of July 11, 2011 for preliminary approval of the settlement and proposed notice procedures;

2. The parties have been working diligently to complete the settlement documentation;

3. The parties anticipate that the motion for preliminary approval will be unopposed by Defendants;

4. By local rule, the motion for preliminary approval would be due on June 6, 2011; and

5. The parties do not seek to change the July 11, 2011 hearing date, but do require additional time to complete the settlement and motion papers.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court, and pursuant to Civil Local Rules 6-2 and 7-12, that the Stipulation of Settlement and motion for preliminary approval shall be filed on or before June 20, 2011.

DATED: June 2, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
CHRISTOPHER M. WOOD

_____/s/ John K. Grant_____
JOHN K. GRANT

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiff

627939_1

STIPULATION SETTING BRIEFING SCHEDULE FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER - C-04-4156-JW — - 1 -

|   |   |
|---|---|
|   | VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI  48201<br>Telephone:  313/578-1200<br>313/578-1201 (fax) |
|   | TILP PLLC<br>MARC SCHIEFER<br>140 Broadway<br>New York, NY  10005<br>Telephone:  212/907-0635<br>212/818-0477 (fax) |
|   | Additional Counsel for Plaintiff |
| DATED: June 2, 2011 | MORRISON & FOERSTER LLP<br>MELVIN R. GOLDMAN<br>JORDAN ETH<br>MIA MAZZA |
|   |       /s/ Mia Mazza<br>MIA MAZZA |
|   | 425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:  415/268-7000<br>415/268-7522 (fax) |
|   | Attorneys for Defendants |

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation Setting Briefing Schedule for Unopposed Motion for Preliminary Approval of Settlement and [Proposed] Order.  In compliance with General Order No. 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

      /s/ John K. Grant
JOHN K. GRANT

627939_1

STIPULATION SETTING BRIEFING SCHEDULE FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [~~PROPOSED~~] ORDER - C-04-4156-JW        - 2 -


1  　　　　　　　　　*   *   *

2  　　　　　　　　**O R D E R**

3  　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  DATED: June 9, 2011　　　　　　　　　_____
6  　　　　　　　　　　　　　　　　　　THE HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE