UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Time in Court:** 10 mins.

**Judge: James Ware**

**Date**: October 17, 2011

**Case No:** C04-4156 JW

**Case Title**:  In re: Infineon Technologies AG Securities Litigation

**Appearances:**

For Plaintiff(s):  Joy Bull, John Grant

For Defendant(s):  Mia Mazza

**Deputy Clerk**: Susan Imbriani          **Court Reporter**: Belle Ball

### *PROCEEDINGS*

1. Motion for Settlement
2. Motion for Attorneys Fees

MOTION/MATTER: (X) Taken under submission

### *SUMMARY*

Arguments heard, matter submitted.  Court to issue order.