IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Infineon Technologies AG Securities Litigation. _____/ | NO. C 04-04156 JW<br><br>**ORDER REQUIRING FURTHER INFORMATION REGARDING OPT-OUT** |

Presently before the Court is the Parties' Motion for Final Approval of Class Action Settlement.[1] The Court conducted a hearing on the Motion on October 17, 2011. At the hearing, the Court expressed concern over the single class member who has attempted to opt-out of the settlement, and asked the parties to contact this class member and clarify her intentions. To date, the Court has not received any further information from the parties regarding their attempts to contact this class member.

On or before **October 26, 2011**, the parties shall submit a Status Report regarding their attempts to contact this class member and what if any action will be taken regarding her status so that the Court can proceed with the Final Approval process.

Dated: October 24, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motion and Motion for Final Approval of Class Action Settlement and the Plan of Allocation of Settlement Proceeds and Memorandum of Points and Authorities in Support Thereof, Docket Item No. 351.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian P. Murray bmurray@murrayfrank.com
Christopher Martin Wood cwood@rgrdlaw.com
Darren Jay Robbins e_file_sd@rgrdlaw.com
Eric J. Belfi ebelfi@labaton.com
Ira A. Schochet ischochet@labaton.com
John K. Grant johnkg@rgrdlaw.com
Jonathan Gardner jgardner@labaton.com
Joy Ann Bull joyb@rgrdlaw.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark D. Gursky Mgursky@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mark R.S. Foster mfoster@mofo.com
Mia Mazza mmazza@mofo.com
Patrick J. Coughlin PatC@rgrdlaw.com
Philip T. Besirof Pbesirof@mofo.com
Thomas J. Kennedy tkennedy@murrayfrank.com

**Dated: October 24, 2011**          **Richard W. Wieking, Clerk**

                                     **By:    /s/ JW Chambers**
                                     **Susan Imbriani**
                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California