UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION | Master File No. C-04-4156-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| | DATE:  October 17, 2011<br>TIME:  9:00 a.m.<br>CTRM:  The Honorable James Ware |

646763_1

THIS MATTER having come before the Court on Plaintiff's application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated June 20, 2011 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: November 2, 2011

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE

1  Submitted by:

2  ROBBINS GELLER RUDMAN
       & DOWD LLP
3  JOHN K. GRANT
   CHRISTOPHER M. WOOD
4  Post Montgomery Center
   One Montgomery Street, Suite 1800
5  San Francisco, CA 94104
   Telephone: 415/288-4545
6  415/288-4534 (fax)

7  ROBBINS GELLER RUDMAN
       & DOWD LLP
8  JOY ANN BULL

9

10  _____s/ Joy Ann Bull_____
                JOY ANN BULL
11
    655 West Broadway, Suite 1900
12  San Diego, CA 92101-3301
    Telephone: 619/231-1058
13  619/231-7423 (fax)

14
    MURRAY FRANK LLP
15  BRIAN P. MURRAY
    275 Madison Avenue, Suite 801
16  New York, NY 10016
    Telephone: 212/682-1818
17  212/682-1892 (fax)

18  Co-Lead Counsel for Plaintiffs

19  VANOVERBEKE MICHAUD
       & TIMMONY, P.C.
20  MICHAEL J. VANOVERBEKE
    THOMAS C. MICHAUD
21  79 Alfred Street
    Detroit, MI 48201
22  Telephone: 313/578-1200
    313/578-1201 (fax)
23
    TILP PLLC
24  MARC SCHIEFER
    140 Broadway
25  New York, NY 10005
    Telephone: 212/907-0635
26  212/818-0477 (fax)

27  Additional Counsel for Plaintiffs

28

646763_1   [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
           - C-04-4156-JW                                                                     - 2 -