UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INFINEON TECHNOLOGIES AG SECURITIES LITIGATION  ) ) ) ) This Document Relates To:  ) ) ALL ACTIONS.  ) ) | Master File No. C-04-4156-JW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING CO-LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES<br><br>DATE:   October 17, 2011<br>TIME:    9:00 a.m.<br>COURTROOM: The Honorable James Ware |

646762_1

This matter having come before the Court on October 17, 2011, on the application of counsel for the Plaintiff for an award of attorneys' fees and expenses incurred in the captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated June 20, 2011 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of 27% of the Settlement Fund, plus expenses in the amount of $737,982.16, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The allocation of attorneys' fees shall be: Robbins Geller Rudman & Dowd LLP – 68.3%; Murray Frank LLP – 18.6%; Labaton & Sucharow LLP – 6.9%; VanOverbeke Michaud & Timmony, P.C. – 3.6%; TILP PLLC – 2.0%; and Studio Legale – 0.6%. The above allocation reflects each counsel's contribution to the institution, prosecution, and resolution of the captioned action and is hereby approved.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Co-Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶7.2 thereof, which terms, conditions and obligations are incorporated herein.

6. Pursuant to 15 U.S.C. §78u-4(a)(4), costs are awarded to the following plaintiffs in the amounts indicated: Lawrence D. Sheriff – $1,350.00; Graziella Peano – $1,500.00; and Reinhard Schroeder – $1,500.00. Such reimbursement is appropriate considering their active participation as plaintiffs in this action, as attested to by the declarations submitted to the Court.

IT IS SO ORDERED.

DATED: November 2, 2011

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL

             s/ Joy Ann Bull
              JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

MURRAY FRANK LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C. |
| | MICHAEL J. VANOVERBEKE |
| 3 | THOMAS C. MICHAUD |
| | 79 Alfred Street |
| 4 | Detroit, MI  48201 |
| | Telephone:  313/578-1200 |
| 5 | 313/578-1201 (fax) |
| 6 | TILP PLLC |
| | MARC SCHIEFER |
| 7 | 140 Broadway |
| | New York, NY  10005 |
| 8 | Telephone:  212/907-0635 |
| | 212/818-0477 (fax) |
| 9 | |
| | Additional Counsel for Plaintiffs |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

646762_1

[~~PROPOSED~~] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES
- C-04-4156-JW      - 3 -